(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rockford Properties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **36-3692757** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**906 West State Street**<br>**Rockford, IL  61102** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Winnebago** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ☒ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☒ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(c) (Optional)

### Statistical/Administrative Information (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☒ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000<br>☐ | $50,001 to $100,000<br>☐ | $100,001 to $500,000<br>☐ | $500,001 to $1 million<br>☐ | $1,000,001 to $10 million<br>☒ | $10,000,001 to $50 million<br>☐ | $50,000,001 to $100 million<br>☐ | More than $100 million<br>☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000<br>☐ | $50,001 to $100,000<br>☐ | $100,001 to $500,000<br>☐ | $500,001 to $1 million<br>☐ | $1,000,001 to $10 million<br>☒ | $10,000,001 to $50 million<br>☐ | $50,000,001 to $100 million<br>☐ | More than $100 million<br>☐ |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

(Official Form 1) (12/03) | FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rockford Properties, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**Kenneth F. Ritz**
Printed Name of Attorney for Debtor(s)
**Ritz & Laughlin, Ltd.**
Firm Name
**728 North Court Street**
Address
**Rockford, IL  61103**

**(815) 968-1807**
Telephone Number
**January 22, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Jerry Flaming**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**January 22, 2004**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. ........................ ........................

Rockford Properties, Inc. ..........................................................   Chapter 11 ........................
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 3,804,700.00 | | |
| B - Personal Property | Yes | 2 | 113,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 22 | | 1,787,732.03 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 125,997.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 147,149.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J - Current Expenditures of Individual Debtor(s) | No | | | | |
| Total Number of Sheets in Schedules | | 40 | | | |
| Total Assets | | | 3,918,200.00 | | |
| Total Liabilities | | | | 2,060,879.14 | |

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Rockford Properties, Inc.                                 Chapter 11
_____
              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **225.00/hr**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2004**                                     _Signature of Attorney_
_____                                _____
Date                                                   Signature of Attorney

**Ritz & Laughlin**
_____
Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Rockford Properties, Inc. _____    Chapter 11
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Internal Revenue Service<br>Department Of The Treasury<br>PO Box 57<br>Bensalem, PA  19020 | J. Gallagher | Federal tax | | 110,000.00 |
| RSM McGladrey<br>PO Box 4539<br>Rockford, IL  61110 | | Services | | 29,044.00 |
| NiCor Gas<br>PO Box 416<br>Aurora, IL  60568-0001 | | Utility | | 28,000.00 |
| Auto Owners Insurance<br>PO Box 30315<br>Lansing, MI  48909-7815 | | Trade debt | | 18,241.68 |
| City Of Rockford<br>425 E. State St.<br>Rockford, IL  61104 | | Utility | | 18,000.00 |
| Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL  61107 | | Mortgage loan | | 14,096.06<br>Collateral:<br>0.00<br>Unsecured:<br>14,096.06 |
| ILL Dept Emp. Soceourity.<br>Withholding Adjustment Unit<br>260 E. Indian Trail Road<br>Aurora, IL  60505-1733 | | W-tax | | 13,338.71 |
| Rock River Water Recclamation<br>PO Box 6207<br>Rockford, IL  61125-1207 | | Utility | | 12,000.00 |
| Bank One<br>Loan Service<br>PO Box 260161<br>Baton Rouge, LA  70826-0161 | | | | 22,500.00<br>Collateral:<br>13,500.00<br>Unsecured:<br>9,000.00 |
| Northwestern Mutual Insurance Co.<br>206 Galena Ave., Suite 101<br>Freeport, IL  61032-0000 | | Trade debt | | 7,688.22 |
| Winnebago County Sheriff<br>PO Box 829<br>Rockford, IL  61105 | | Services | | 5,000.00 |
| Office Depot<br>Pob 9020<br>Des Moines, IA  50368-9020 | | Trade debt | | 4,112.84 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Tobin & Ramon<br>530 S. State St.<br>Belvidere, IL  61008 | Legal<br>services | 4,008.45 |
| Commonersith Edidon<br>Bill Payment Center<br>Chicago, IL  60668-0001 | Utility | 3,000.00 |
| Illinois Dept. Of Revenue<br>Withholding Adjsutment Unit<br>PO Box 19468<br>Springfield, IL  62794-9468 | State tax | 2,658.96 |
| Lindstrom, Sorenson & Associates<br>3815 N. Mulford Road<br>Rockford, IL  61114 | Services | 2,640.00 |
| Schleueter, Ecklund  Attys<br>4023 Charles St.<br>Rockford, IL  61108-6199 | Legal<br>services | 2,054.88 |
| Altamore, Alberto<br>401 W/ State St.<br>Rockdford, IL  61102 | Legal<br>services | 2,025.00 |
| Nextel<br>PO Box 4191<br>Carol Stream, IL  60197-4191 | Trade debt | 1,899.33 |
| Purchase Power<br>PO Box 856042<br>Louisville, KY  40285-6042 | Trade debt | 1,538.68 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation]| or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **March 17, 2004**                    Signature: 

**Jerry Flaming, President**

(Print Name and Title)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc.                                           Case No. _____
_____
Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Building  1006 N. Winebago | | | 24,900.00 | 9,401.00 |
| Building  1050 School St. | Fee Simple | | 26,500.00 | 25,700.18 |
| Building  1056 W. Jefferson St. | Fee Simple | | 45,000.00 | 67,053.49 |
| Building  1062 W. State St. | Fee Simple | | 90,000.00 | 6,849.00 |
| Building  1122 Blaisdell | Fee Simple | | 36,900.00 | 12,640.92 |
| Building  1128 Ninth Ave. | Fee Simple | | 81,000.00 | 1,478.40 |
| Building  118 N. Avon St. | Fee Simple | | 46,000.00 | 220,091.16 |
| Building  1225 W. State St. | Fee Simple | | 28,500.00 | 16,520.93 |
| Building  122N. Avon St. | Fee Simple | | 48,500.00 | 220,134.84 |
| Building  128 Irving Ave. | Fee Simple | | 41,500.00 | 221,325.95 |
| Building  1301 Seminary St. | Fee Simple | | 74,000.00 | 59,189.85 |
| Building  1332 Elm St. | Fee Simple | | 43,000.00 | 857.15 |
| Building  1349 Willard St. | Fee Simple | | 26,000.00 | 12,166.05 |
| Building  1427 Mulbury Street, Rockford, IL | Fee Simple | | 30,000.00 | 15,949.22 |
| Building  1430-32 West State St. | Fee Simple | | 32,000.00 | 21,278.39 |
| Building  1515 Mulberry St. | Fee Simple | | 35,000.00 | 220,921.16 |
| Building  1519 Mulberry Ave. | Fee Simple | | 33,500.00 | 701.57 |
| Building  1519 W. Jefferson St. | Fee Simple | | 28,500.00 | 783.24 |
| Building  1615 School St. | Fee Simple | | 38,000.00 | 24,804.44 |
| Building  1919 Mulberry Ave | Fee Simple | | 33,500.00 | 11,841.08 |
| Building  1925 W. State St. | Fee Simple | | 32,500.00 | 19,761.47 |
| Building  208 Lexington Ave. | Fee Simple | | 28,500.00 | 39,533.40 |
| Building  211 Forest Ave. | Fee Simple | | 34,000.00 | 86,808.38 |
| Building  213 Oakley Ave. | Fee Simple | | 47,000.00 | 221,365.51 |
| Building  218 Oadwood Ave. | Fee Simple | | 48,000.00 | 67,108.47 |
| Building  220 - 222 Oakwood Ave. | Fee Simple | | 25,000.00 | 14,096.06 |
| Building  2224 W. State St, & 1008 West. St. | Fee Simple | | 65,000.00 | 61,562.00 |
| Building  229 Forest Ave. | Fee Simple | | 47,500.00 | 87,620.96 |
| Building  2316 Rockwell Ave. | Fee Simple | | 29,500.00 | 39,893.50 |
| Building  232 N. Avon | Fee Simple | | 31,000.00 | 15,033.45 |
| Building  238 Oakwood Ave. | Fee Simple | | 33,000.00 | 749.63 |
| Building  2501 S. Main St. | Fee Simple | | 33,500.00 | 32,914.60 |
| Building  2503 S. Main St. | Fee Simple | | 23,500.00 | 593.32 |
| Building  312 N. Avon | Fee Simple | | 35,500.00 | 16,810.00 |
| Building  323 Soper Ave. | Fee Simple | | 31,500.00 | 16,081.75 |

|  |  | TOTAL | 3,804,700.00 | |

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE Rockford Properties, Inc.                                    Case No. _____
                        Debtor(s)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Building  326 Underwood St. | Fee Simple | | 32,000.00 | 220,798.99 |
| Building  330 Underwood St. | Fee Simple | | 31,500.00 | 220,683.13 |
| Building  334 Forest Ave. | Fee Simple | | 28,000.00 | 17,764.29 |
| Building  3910 Preston Av. | Fee Simple | | 23,000.00 | 12,968.12 |
| Building  416 N. Sunset Ave. | Fee Simple | | 47,000.00 | 221,608.34 |
| Building  504 Lexington Ave. | Fee Simple | | 27,500.00 | 56,648.50 |
| Building  511 N. Avon St. | Fee Simple | | 48,000.00 | 10,683.87 |
| Building  512 N. Avon St. | Fee Simple | | 42,500.00 | 87,530.46 |
| Building  522 N. Sunset Ave. | Fee Simple | | 36,500.00 | 18,613.30 |
| Building  522 Prarie St. | Fee Simple | | 33,000.00 | 17,824.33 |
| Building  529 Furman Ave. | Fee Simple | | 32,300.00 | 20,305.48 |
| Building  530 Montague St. | Fee Simple | | 52,500.00 | 1,053.02 |
| Building  533 Lexington Ave. | Fee Simple | | 34,000.00 | 57,086.13 |
| Building  537 Lexington Ave. | Fee Simple | | 33,500.00 | 15,205.40 |
| Building  55 S. Johanna, Freeport, IL | Fee Simple | | 24,000.00 | 219,251.20 |
| Building  607 Pope St. | Fee Simple | | 32,500.00 | 39,737.37 |
| Building  616 Houghton Ave. | Fee Simple | | 19,900.00 | 10,560.72 |
| Building  619 Wall St. | Fee Simple | | 31,000.00 | 1,639.31 |
| Building  704 Lexington Ave. | Fee Simple | | 24,000.00 | 13,946.51 |
| Building  705 Corbin St. | Fee Simple | | 18,000.00 | 496.16 |
| Building  706 Lexington Ave. | Fee Simple | | 24,000.00 | 11,427.27 |
| Building  707 Kenwood, Freeport, IL | Fee Simple | | 34,500.00 | 219,251.20 |
| Building  716 8th Street | Fee Simple | | 42,000.00 | 1,002.98 |
| Building  721 Montague St. | Fee Simple | | 43,000.00 | 677.79 |
| Building  733 Donaldson St. | Fee Simple | | 40,000.00 | 607.86 |
| Building  829 S. Winnebago St. | Fee Simple | | 32,000.00 | 20,119.76 |
| Building  910 W. State St. | Fee Simple | | 50,000.00 | 919.59 |
| Building  920 9th Ave. | Fee Simple | | 46,500.00 | 1,591.38 |
| Building  924 Eigth Ave, Court | Fee Simple | | 42,000.00 | 221,208.63 |
| Building  926 Grant Ave. | Fee Simple | | 42,000.00 | 1,416.11 |
| Building  926 W. State St. | Fee Simple | | 125,000.00 | 98,828.88 |
| Building 1010 N. Winnebago | Fee Simple | | 36,500.00 | 21,009.02 |
| Building 1034 Elm Street | Fee Simple | | 131,500.00 | 56,622.92 |
| Building 1206 Blaisdel Ave. | Fee Simple | | 45,000.00 | 33,980.54 |
| Building 134 Concord Ave | Fee Simple | | 18,500.00 | 26,555.00 |
| Building 1416 N. Day Ave. | Fee Simple | | 21,000.00 | 9,284.89 |
| Building 1914 W. State St. | Fee Simple | | 49,500.00 | 39,699.09 |
| Building 2028 Elm St. | Fee Simple | | 29,000.00 | 15,788.08 |
| Building 203 Lexington Ave. | Fee Simple | | 26,900.00 | 39,419.03 |
| Building 213 Soper Ave. | Fee Simple | | 32,000.00 | 21,532.67 |
| Building 2202 West State St. | Fee Simple | | 35,000.00 | 39,597.52 |
| Building 225 Forest Ave. | Fee Simple | | 32,500.00 | 26,555.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE Rockford Properties, Inc.
Debtor(s)                                                        Case No. _____

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Building 2920 Broadway | Fee Simple | | 89,000.00 | 45,902.45 |
| Building 320 N. Independence | Fee Simple | | 32,500.00 | 17,161.39 |
| Building 339 Oakwood Ave. | Fee Simple | | 32,500.00 | 15,505.60 |
| Building 3516 Delaware Ave. | Fee Simple | | 22,000.00 | 55,459.72 |
| Building 3616 Delaware Ave. | Fee Simple | | 18,000.00 | 11,066.14 |
| Building 3717 Crowley Ave. | Fee Simple | | 22,500.00 | 17,704.81 |
| Building 3810 Preston St. | Fee Simple | | 23,000.00 | 353.24 |
| Building 422 Albert Ave. | Fee Simple | | 39,000.00 | 29,320.32 |
| Building 441 Oakley Ave. | Fee Simple | | 34,500.00 | 15,224.05 |
| Building 519 Webster | Fee Simple | | 32,000.00 | 21,347.71 |
| Building 521 Albert Ave. | Fee Simple | | 32,900.00 | 16,074.05 |
| Building 523 Foster Ave | Fee Simple | | 28,500.00 | 39,533.08 |
| Building 628 Hartford Ave. | Fee Simple | | 25,000.00 | 14,529.96 |
| Building 822 N. Winnebago | Fee Simple | | 31,500.00 | 13,792.42 |
| Building 906-908 W. State | Fee Simple | | 150,000.00 | 88,498.08 |
| Building 923 Woodlawn | Fee Simple | | 31,500.00 | 16,069.81 |
| Building 926 Grant Ave. | Fee Simple | | 42,000.00 | 23,681.73 |
| Building 929 N. Woodlawn St. | Fee Simple | | 1,000.00 | 632.67 |
| Building 931 Woodlawn Ave. | Fee Simple | | 34,900.00 | 15,944.59 |
| Vacant lot  904 W. State St. | Fee Simple | | 25,000.00 | 0.00 |
| Vacant lot  Delafield Drive | Fee Simple | | 1,000.00 | 188.38 |
| Vacant lot  20xx Elm St. | Fee Simple | | 1,000.00 | 395.35 |
| Vacant lot  517 Hartford Ave. | Fee Simple | | 1,000.00 | 191.27 |
| Vacant lot  519 Hartford Ave. | Fee Simple | | 1,000.00 | 191.27 |
| Vacant lot  8xx West State St. | Fee Simple | | 1,000.00 | 409.62 |
| Vacant lot  901 Elm St. | Fee Simple | | 10,000.00 | 55,714.84 |
| Vacant lot  914 - 916 W. State St. | Fee Simple | | 1,000.00 | 730.06 |
| Vacant lot  915 Elm St. | Fee Simple | | 1,000.00 | 440.87 |
| Vacant lot  921 Elm St. | Fee Simple | | 1,000.00 | 590.77 |
| Vacant lot  929 N. Woodlawn | Fee Simple | | 1,000.00 | 853.18 |
| Vacant lot  9xx Elm St. | Fee Simple | | 20,000.00 | 255.12 |
| Vacant lot  9xx W. State St. | Fee Simple | | 1,000.00 | 2,069.96 |
| Vacant lot  Mulberry St. | Fee Simple | | 1,000.00 | 661.70 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forr's Software Only

IN RE Rockford Properties, Inc. _____    Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses. or cooperatives. | | Checking account   Amcore Bank | | 10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE Rockford Properties, Inc.                                Case No. _____
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 99 Toyota 4-Runner | 13,500.00 |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | | Computer equipment, software, and accessories | 40,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Carpet cleaning machine | 15,000.00 |
| | | Saws, Sewer machine, shovels, rakes. etc. | 15,000.00 |
| 28. Inventory. | | Doors, lumber, locks, etc. | 20,000.00 |
| 29. Animals. | X | | |
| 30. Crops - growing or harvested. Give particulars. | X | | |
| 31. Farming equipment and implements. | X | | |
| 32. Farm supplies, chemicals, and feed. | X | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | |
| | | **TOTAL** | **113,500.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Rockford Properties, Inc. ................................................................    Case No. ...........................
                                   Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180
days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's
interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Rockford Properties, Inc.                                              Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>Bank One<br>Loan Service<br>PO Box 260161<br>Baton Rouge, LA 70826-0161 | | | 99 Toyota 4-Runner<br><br>Value $   13,500.00 | | | | 22,500.00<br><br>9,000.00 |
| Account No.<br>C & W Investments<br>PO Box 6853<br>Rockford, IL 61125 | | | 2002 Tax sale certificate  706 Lexington Ave.<br><br>Value $   24,000.00 | | | | 432.37 |
| Account No.<br>C & W Investments<br>PO Box 6853<br>Rockford, IL 61125 | | | 2002 Tax sale certificate  208 Lexington Ave.<br><br>Value $   28,500.00 | | | | 702.47 |
| Account No. 08000272345<br>Castle Bank<br>141 W. Lincoln Hwy.<br>DeKalb, IL 60115 | | J | 1993  134 Concord, Rockford, and 225 Forest, Rockford, IL<br><br>Value $   51,000.00 | | | | 26,555.00 |
| Account No.<br>Checker LLC  Jack Cahill<br>2000 S. Batavia 5th Floor<br>Batavia, IL 60134 | | | 2002 Tax sale certificate  1225 W. State St.<br><br>Value $   28,500.00 | | | | 451.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_21_ Continuation Sheets attached

Subtotal (Total of this page)       50,640.84

(Complete only on last sheet of Schedule D)  TOTAL

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. _____   Case No. _____
                          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. Checker LLC  Jack Cahill 2000 S. Batavia  5th Floor Batavia, IL  60134 | | | 2002  Tax sale certificate  1050 School St. Value $         26,500.00 | | | | 700.18 |
| Account No. Checker LLC  Jack Cahill 2000 S. Batavia  5th Floor Batavia, IL  60134 | | | 2002  Tax sale certificate  2316 Rockwell Value $         29,500.00 | | | | 1,062.57 |
| Account No. Clifford Myrah Morse No Address On certificate | | | 2000  Tax sale certificate  213 Oakley Ave. Value $         47,000.00 | | | | 849.01 |
| Account No. CMF Mortgage Co. 115 Seventh Street Rockford, IL  61104 | | J | 1999  926 W. State, Rockford, IL Value $        125,000.00 | | | | 97,671.11 |
| Account No. Commercial Mortgage 115 7th St. Rockford, IL  61104 | | | Mortgage 2202 W. State, 607 Pope, 203 Lexington, 208 Lexington, 523 foster, 2316 - 2318 Rockwell Value $        180,900.00 | | | | 38,830.93 |
| Account No. Crane Peter 6960 Ryberg Road Rockford, IL  61109 | | | 2002  Tax sale certificate  926 W. State St. Value $        125,000.00 | | | | 1,157.77 |
| Account No. Fifth Third Bank Attn: David Reid 9400 S. Cicero Ave. Oak Lawn, IL  60453 | | | Mortgage  1034 Elm St. Value $        131,500.00 | | | | 56,622.92 |

Sheet _____ 1 of _____ 21 Continuation Sheets attached to Schedule D

Subtotal (Total of this page)          196,894.49

(Complete only on last sheet of Schedule D)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc.

Debtor(s)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Fifth Third Bank Attn: David Reid 9400 S. Cicero Ave. Oak Lawn, IL 60453 | | | Mortgage 504 Lexington, 533 Lexington, 3516 Delaware  Value $    93,500.00 | | | | 55,459.72 | |
| Account No. Fifth Third Bank Attn: David Reid 9400 S. Cicero Ave. Oak Lawn, IL 60453 | | | Junior mortgage securing line of credit  Value $   429,000.00 | | | | 219,251.20 | |
| Account No. Fifth Third Bank Attn: David Reid 9400 S. Cicero Ave. Oak Lawn, IL 60453 | | | Mortgage  512 N. Avon, 229 Forest, and 211 Forest  Value $   124,000.00 | | | | 85,065.03 | |
| Account No. Great Chiropractic Profit Sharing | | | 2001 Tax sale certificate  929 N. Woodlawn St., Rockfprd, IL  Value $     2,000.00 | | | | 290.77 | |
| Account No. Hansen, Phillip & Barbara | | | 2000 Tax sale certificate  929 Woodlawn St., Rockford, IL  Value $     2,000.00 | | | | 341.90 | |
| Account No. Interstate Funding Corp. 820 Church St. Evanston, IL 60201 | | | 2000  Tax sale certificate  229 Forest Ave.  Value $    47,500.00 | | | | 2,555.93 | |
| Account No. KGH Investments 1056 Lincoln Hwy Rochelle, IL | | | 2002 Tax sale certificate  810 W. State St., Rockford, IL  Value $    50,000.00 | | | | 458.15 | |

Sheet _____ 2 of _____ 21 Continuation Sheets attached to Schedule D

Subtotal (Total of this page)      363,422.70

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Rockford Properties, Inc.                                    Case No. _____
_____
              Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL. / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **KGH Investments** <br> **1055 Lincoln Hwy** <br> **Rochelle, IL** | | | **Tax sale certificate  914-16 W. State St.** <br><br> Value $   **50,500.00** | | | | **730.06** |
| Account No. <br> **KGH Investments** <br> **1056 Lincoln Hwy** <br> **Rochelle, IL** | | | **Tax certificate  2001  9xx W. State** <br><br> Value $   **1,000.00** | | | | **1,359.22** <br><br> **359.22** |
| Account No. <br> **KGH Investments** <br> **1056 Lincoln Hwy** <br> **Rochelle, IL** | | | **2001  Tax sale certificate  9XX W. State St., Rockford, IL** <br><br> Value $   **1,000.00** | | | | **710.74** <br><br> **710.74** |
| Account No. <br> **KGH Investments** <br> **1056 Lincoln Hwy** <br> **Rochelle, IL** | | | **2000  Tax sale certificate  1062 W. State St.** <br><br> Value $   **90,000.00** | | | | **6,849.00** |
| Account No. <br> **Lak Corp.** <br> **PO Box 7050** <br> **Evanston, IL  60204** | | | **2002  Tax sale certificate  923 Woodlawn Ave.** <br><br> Value $   **31,500.00** | | | | **862.37** |
| Account No. <br> **Lak Corp.** <br> **PO Box 7050** <br> **Evanston, IL  60204** | | | **2002  Tax sale certificate  721 Montague St.** <br><br> Value $   **43,000.00** | | | | **677.79** |
| Account No. <br> **Lak Corp.** <br> **PO Box 7050** <br> **Evanston, IL  60204** | | | **2002  Tax sale certificate  2920 Broadway** <br><br> Value $   **89,000.00** | | | | **2,924.75** |

Sheet _____ **3** of _____ **21** Continuation Sheets attached to Schedule D

Subtotal (Total of this page)                **14,113.93**

(Complete only on last sheet of Schedule D)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1995-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Rockford Properties, Inc.                                          Case No. _____
_____
                 Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL. .......... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>Lak Corp.<br>PO Box 7050<br>Evanston, IL  60204 | | | 2002  Tax sale certificate  920 9th Ave.<br><br><br>Value $     46,500.00 | | | | 1,591.38 |
| Account No.<br>Mid Ohio FBO L. Chaney<br>1079 Whispering Woods Drive<br>Canton, GA  30114 | | | 2002  Tax sale certificate  921 Elm St.<br><br><br>Value $      1,000.00 | | | | 328.10 |
| Account No.<br>Mid Ohio FBO L. Chaney<br>1079 Whispering Woods Drive<br>Canton, GA  30114 | | | 2002  Tax sale certificate  910 W. State St.<br><br><br>Value $     50,000.00 | | | | 461.44 |
| Account No.<br>Mid Ohio FBO L. Chaney<br>1079 Whispering Woods Drive<br>Canton, GA  30114 | | | 2002  Tax sale certificate  213 Oakley Ave.<br><br><br>Value $     47,000.00 | | | | 609.65 |
| Account No.<br>Morse, Clifford Myrah | | | 2000  Tax sale certificate  Mulberry Street, Rockford, IL<br><br><br>Value $      1,000.00 | | | | 319.55 |
| Account No.<br>Northwest Bank<br>3106 N. Rockton Ave.<br>Rockford, IL  61103 | | | Mortgage  906 W. State St.<br><br><br>Value $    150,000.00 | | | | 86,520.88 |
| Account No.<br>Northwest Bank<br>3106 N. Rockton Ave.<br>Rockford, IL  61103 | | | Mortgage  3717 Crowley<br><br><br>Value $     22,500.00 | | | | 17,312.80 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____4___ of _____21___ Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)   | 107,143.80

(Complete only on last sheet of Schedule D)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. _____    Case No. _____
                          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W I C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Northwest Bank<br>3106 N. Rockton Ave.<br>Rockford, IL  61103 | | | Mortgage  1914 W. State St.<br><br><br>Value $      49,500.00 | | | | 38,088.15 |
| Account No. <br><br>Northwest Bank<br>3106 N. Rockton Ave.<br>Rockford, IL  61103 | | | Mortgage  422 Albert Ave.<br><br><br>Value $      39,000.00 | | | | 29,320.32 |
| Account No. <br><br>Prarie State Securities<br>PO Box 3378<br>East St. Louis, IL  62203 | | | 2002  Tax sale certificate  213 Soper Ave.<br><br><br>Value $      32,000.00 | | | | 895.39 |
| Account No. <br><br>Prarie State Securities<br>PO Box 3378<br>East St. Louis, IL  62203 | | | 2002  Tax sale certificate  1206 Blaisdell St.<br><br><br>Value $      45,000.00 | | | | 1,877.03 |
| Account No. <br><br>Reentz, Elizabeth<br>910 - 24th St.<br>Rockford, IL  61108 | | | 2002  Tax sale certificate  218 Oakwood Ave.<br><br><br>Value $      48,000.00 | | | | 740.41 |
| Account No. <br><br>Reentz, Elizabeth<br>910 - 24th St.<br>Rockford, IL  61108 | | | 2002  Tax sale certificate  213 Oakley Ave.<br><br><br>Value $      47,000.00 | | | | 655.65 |
| Account No. <br><br>Reentz, Elizabeth<br>910 - 24th St.<br>Rockford, IL  61108 | | | 2002  Tax sale certificate  530 Montague St.<br><br><br>Value $      52,500.00 | | | | 1,053.02 |

Sheet _____ 5 of _____ 21 Continuation Sheets attached to Schedule D

Subtotal (Total of this page)   72,629.97

(Complete only on last sheet of Schedule D)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc.                                    Case No. _____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>Reentz, Elizabeth<br>910 - 24th St.<br>Rockford, IL 61108 | | | 2002 Tax sale certificate 523 Foster Ave.<br><br>Value $   28,500.00 | | | | 702.15 |
| Account No.<br>Saber Grouo LLC<br>PO Box 3074<br>Carbondale, IL 62902 | | | 2002 Tax sale certificate 906 W. State St.<br><br>Value $   150,000.00 | | | | 1,328.19 |
| Account No.<br>Saber Grouo LLC<br>PO Box 3074<br>Carbondale, IL 62902 | | | 2002 Tax sale certificate 1010 N. Winnebago St.<br><br>Value $   36,500.00 | | | | 1,009.02 |
| Account No.<br>Saber Grouo LLC<br>PO Box 3074<br>Carbondale, IL 62902 | | | 2002 Tax sale certificate 522 Sunset Ave.<br><br>Value $   36,500.00 | | | | 891.54 |
| Account No.<br>Saber Grouo LLC<br>PO Box 3074<br>Carbondale, IL 62902 | | | 2002 Tax sale certificate 1914 W. State St.<br><br>Value $   49,500.00 | | | | 880.88 |
| Account No.<br>Saber Grouo LLC<br>PO Box 3074<br>Carbondale, IL 62902 | | | 2002 Tax sale certificate 323 Soper Ave.<br><br>Value $   31,500.00 | | | | 722.63 |
| Account No.<br>Saber Grouo LLC<br>PO Box 3074<br>Carbondale, IL 62902 | | | 2002 Tax sale certificate 1615 School St.<br><br>Value $   38,000.00 | | | | 811.18 |

Sheet ___6___ of ___21___ Continuation Sheets attached to Schedule D

Subtotal (Total of this page) | 6,345.59

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc.                                      Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  522 Prarie St. Value $        33,000.00 | | | | 674.84 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  238 Oakwood Ave. Value $        33,000.00 | | | | 749.63 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  2503 S. Main St. Value $        23,500.00 | | | | 593.32 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  1519 W. Jefferson St. Value $        28,500.00 | | | | 783.24 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  1056 W. Jefferson St. Value $        45,000.00 | | | | 685.43 / 685.43 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  320 N. Independence Ave. Value $        32,500.00 | | | | 715.92 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL  62902 | | | 2002  Tax sale certificate  122 N. Avon St. Value $        48,500.00 | | | | 883.64 |

Sheet      7  of      21  Continuation Sheets attached to Schedule D

Subtotal (Total of this page)     5,086.02

(Complete only on last sheet of Schedule D)  **TOTAL**
(Report total also on Summary of Schedules)

© 1990-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Rockford Properties, Inc. _____   Case No. _____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2002 Tax sale certificate  118 N. Avon <br><br><br> Value $   46,000.00 | | | | 839.96 |
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2002 Tax sale certificate  924 8th Ave. Ct. <br><br><br> Value $   42,000.00 | | | | 1,957.43 |
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2000 Tax sale certificate  416 N. Sunset Ave. <br><br><br> Value $   47,000.00 | | | | 2,357.14 |
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2000 Tax sale certificate  326 Underwood St. <br><br><br> Value $   32,000.00 | | | | 1,547.79 |
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2000 Tax sale certificate  330 Underwood St. <br><br><br> Value $   31,500.00 | | | | 1,431.93 |
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2000 Tax sale certificate  1515 Mulberry St. <br><br><br> Value $   35,000.00 | | | | 1,669.96 |
| Account No. <br><br> Saber Grouo LLC <br> PO Box 3074 <br> Carbondale, IL 62902 | | | 2002 Tax sale certificate  2202 W. State St. <br><br><br> Value $   35,000.00 | | | | 766.59 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ___8___ of ___21___ Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)   **10,570.80**

(Complete only on last sheet of Schedule D)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc.                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL. UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL 62902 | | | 2002 Tax sale certificate  2224 W. State St. Value $          65,000.00 | | | | 670.64 |
| Account No. Saber Grouo LLC PO Box 3074 Carbondale, IL 62902 | | | 2002  Tax sale certificatte  1332 Elm St. Value $          43,000.00 | | | | 857.15 |
| Account No. Salta Group, Inc. 666 Vernon Ave. Glencoe, IL 60022 | | | 2002  Tax sale certificate  931 Woodlawn Ave. Value $          34,900.00 | | | | 737.15 |
| Account No. Salta Group, Inc. 666 Vernon Ave. Glencoe, IL 60022 | | | 2002  Tax sale certificate  829 S. Winnebago St. Value $          32,000.00 | | | | 645.30 |
| Account No. Salta Group, Inc. 666 Vernon Ave. Glencoe, IL 60022 | | | 2002  Tax sale certificate  3910 Preston St. Value $          23,000.00 | | | | 353.24 |
| Account No. Salta Group, Inc. 666 Vernon Ave. Glencoe, IL 60022 | | | 2002  Tax sale certificate  704 Lexington Ave. Value $          24,000.00 | | | | 413.95 |
| Account No. Salta Group, Inc. 666 Vernon Ave. Glencoe, IL 60022 | | | 2002  Tax sale certificate  537 Lexington Ave. Value $          33,500.00 | | | | 545.06 |

© 1993-2004 EZ Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ 9 of _____ 21 Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)          4,222.49

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

IN RE Rockford Properties, Inc.
Debtor(s)

Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 203 Lexington Ave.<br><br>Value $ 26,900.00 | | | | 588.10 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 616 Houghton St.<br><br>Value $ 19,900.00 | | | | 475.00 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 628 Hartford<br><br>Value $ 25,000.00 | | | | 433.90 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 926 Grant Ave.<br><br>Value $ 42,000.00 | | | | 1,416.11 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 733 Donaldson St.<br><br>Value $ 40,000.00 | | | | 607.86 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 3717 Crowley St.<br><br>Value $ 22,500.00 | | | | 392.01 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | | | 2002 Tax sale certificate 521 Albert Ave.<br><br>Value $ 32,900.00 | | | | 850.00 |

Sheet __10__ of __21__ Continuation Sheets attached to Schedule D

Subtotal (Total of this page) **4,762.98**

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc.                                          Case No.
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL  60022 | | | 2000  Tax sale certificate  619 Wall St.<br><br>Value $        31,000.00 | | | | 1,639.31 |
| Account No.<br>Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL  60022 | | | 2002  Tax sale certificate  716 8th Ave.<br><br>Value $        42,000.00 | | | | 1,002.98 |
| Account No.<br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL  61107 | | | Mortgage 218 Oakwood Ave. and 1056 W. Jefferson St.<br><br>Value $        93,000.00 | | | | 66,368.06 |
| Account No.<br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL  61107 | | | Mortgage   1206 - 1208 Blaisdell<br><br>Value $        45,000.00 | | | | 32,103.51 |
| Account No.<br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL  61107 | | | Mortage  1416 N. Day Ave.<br><br>Value $        21,000.00 | | | | 9,284.89 |
| Account No.<br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL  61107 | | | Building  931 Woodlawn Ave.<br><br>Value $        34,900.00 | | | | 15,207.44 |
| Account No.<br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL  61107 | | | Mortgage  1010 N. Wiinnebago<br><br>Value $        36,500.00 | | | | 20,000.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ 11 of _____ 21 Continuation Sheets attached to Schedule D

Subtotal<br>(Total of this page)    145,606.19

(Complete only on last sheet of Schedule D)  TOTAL

(Report total also on Summary of Schedules)

IN RE Rockford Properties, Inc.                                              Case No. _____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Mortgage 339 Oakwood Ave. Value $ 32,500.00 | | | | 15,505.60 |
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Mortgage 441 Oakley Value $ 34,500.00 | | | | 15,224.05 |
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Mortgage 320 N. Independence Value $ 32,500.00 | | | | 16,445.47 |
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Mortgage loan 1008 West St. and 2224 West State St. Value $ 65,000.00 | | | | 60,891.36 |
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Mortgage 822 N. Winnebago Value $ 31,500.00 | | | | 13,149.01 |
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Mortgage 522 N. Sunset Value $ 36,500.00 | | | | 17,721.76 |
| Account No. Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | Building 923 Woodlawn Ave. Value $ 31,500.00 | | | | 15,207.44 |

Sheet _____ 12 of _____ 21 Continuation Sheets attached to Schedule D

| | |
|---|---|
| Subtotal (Total of this page) | 154,144.69 |
| (Complete only on last sheet of Schedule D) TOTAL | |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. _____  Case No. _____
                              Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Mortgage  323 Soper Ave.<br><br><br>Value $      31,500.00 | | | | 15,359.12 | |
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Mortgage  1430 - 1432 W. State St.<br><br><br>Value $      32,000.00 | | | | 20,302.26 | |
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Mortgage  1925 W. State St. ^ 103 Albert Ave.<br><br><br>Value $      32,500.00 | | | | 19,761.47 | |
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Mortgage  1301 Seminary St. and 1315 Seminary St.<br><br><br>Value $      74,000.00 | | | | 59,189.85 | |
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Mortgage  1615 School St.<br><br><br>Value $      38,000.00 | | | | 23,993.26 | |
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Mortgage  522 Prarie Ave.<br><br><br>Value $      33,000.00 | | | | 17,149.49 | |
| Account No. <br><br>Union Savings Bank<br>Attn: Jack Benson<br>203 N. Alpine<br>Rockford, IL 61107 | | | Building 1427 Mulberry St.<br><br><br>Value $      30,000.00 | | | | 15,949.22 | |

Sheet ____13___ of _____21___ Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)  **171,704.67**

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. ................................................    Case No. .......................
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3616 Delaware Ave. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 11,066.14 |
| | | | Value $      18,000.00 | | | | |
| Account No. | | | Building 2028 Elm St. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 15,788.08 |
| | | | Value $      29,000.00 | | | | |
| Account No. | | | Building  926 Grant Ave. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 23,681.73 |
| | | | Value $      42,000.00 | | | | |
| Account No. | | | 616 Houghton Ave. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 10,085.72 |
| | | | Value $      19,900.00 | | | | |
| Account No. | | | Building  213 Soper Ave. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 20,637.28 |
| | | | Value $      32,000.00 | | | | |
| Account No. | | | Mortgage  1050 School St. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 25,000.00 |
| | | | Value $      26,500.00 | | | | |
| Account No. | | | Building  3910 Preston Ave. | | | | |
| Union Savings Bank Attn: Jack Benson 203 N. Alpine Rockford, IL  61107 | | | | | | | 12,968.12 |
| | | | Value $      23,000.00 | | | | |

Sheet ____ **14** of ____ **21** Continuation Sheets attached to Schedule D

Subtotal (Total of this page)    119,227.07

(Complete only on last sheet of Schedule D)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Building 220 - 222 Oakwood Ave.** <br><br> Value $  50,000.00 | | | | 14,096.06 | |
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Building 521 Albert Ave.** <br><br> Value $  32,900.00 | | | | 15,224.05 | |
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Building 1519 Mulberry Ave.** <br><br> Value $  33,500.00 | | | | 11,841.08 | |
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Building 2501 S. Main St.** <br><br> Value $  33,500.00 | | | | 32,914.60 | |
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Mortgage 706 Lexington Ave.** <br><br> Value $  24,000.00 | | | | 10,994.90 | |
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Mortgage 704 Lexington Ave.** <br><br> Value $  24,000.00 | | | | 13,532.56 | |
| Account No. **Union Savings Bank** Attn: Jack Benson 203 N. Alpine Rockford, IL 61107 | | | **Building 537 Lexington Ave.** <br><br> Value $  33,500.00 | | | | 14,660.34 | |

Sheet ____ **15** of ____ **21** Continuation Sheets attached to Schedule D

Subtotal (Total of this page)  113,263.59

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Rockford Properties, Inc. _____  Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL — UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Mortgage  628 Hartford Ave.** <br><br> Value $ | | | | 14,096.06 <br><br> 14,096.06 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Building  529 Furman Ave.** <br><br> Value $      **32,300.00** | | | | 20,305.48 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Mortgage 511 Avon Ave.** <br><br> Value $      **48,000.00** | | | | 10,683.87 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Building  312 Avon Ave.** <br><br> Value $      **35,500.00** | | | | 16,810.00 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Building  232 Avon Ave.** <br><br> Value $      **31,000.00** | | | | 15,033.45 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Building  519 Webster** <br><br> Value $      **32,000.00** | | | | 20,452.28 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL  61107 | | | **Building  2920 Broadway** <br><br> Value $      **89,000.00** | | | | 42,977.70 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ____**16**__ of _____**21** Continuation Sheets attached to Schedule D

Subtotal (Total of this page) | 140,358.84

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

**IN RE** Rockford Properties, Inc.                                   Case No. _____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL 61107 | | | **Building  334 Forest Ave.** <br><br><br> Value $   **28,000.00** | | | | 17,764.29 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL 61107 | | | **Building  829 S. Winnebago** <br><br><br> Value $   **32,000.00** | | | | 19,474.46 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL 61107 | | | **Building  1006 N. Winnebago** <br><br><br> Value $   **24,900.00** | | | | 9,401.00 |
| Account No <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL 61107 | | | **Building   1349 Willard Ave,** <br><br><br> Value $   **26,000.00** | | | | 12,166.05 |
| Account No. <br> **Union Savings Bank** <br> Attn: Jack Benson <br> 203 N. Alpine <br> Rockford, IL 61107 | | | **Building  1225 W. State St.** <br><br><br> Value $   **28,500.00** | | | | 16,069.93 |
| Account No. <br> **William & Grace Campbell** <br> 4003 Charles St. <br> Rockford, IL 61108 | | | **Agreement for Deed  1122 Blaisdell** <br><br><br> Value $   **36,900.00** | | | | 12,640.92 |
| Account No. <br> **Winnebago County Trustee** <br> Box1452 <br> Decatur, IL 62525 | | | **2002  Tax sale certificate  901 Elm St.** <br> **Rockford, IL** <br><br> Value $   **10,000.00** | | | | 255.12 |

Sheet ___**17**___ of ___**21**___ Continuation Sheets attached to Schedule D

Subtotal (Total of this page)                                  87,771.77

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Rockford Properties, Inc.                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL — UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002 Tax sale certificate  9XX Elm St., Rockford, IL**<br><br><br>Value $        **20,000.00** | | | | **255.12** |
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002 Tax sale certificate  8XX West State St., Rockford, IL**<br><br><br>Value $        **1,000.00** | | | | **409.62** |
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002  Tax sale certificate  Delafield Drive**<br><br><br>Value $        **1,000.00** | | | | **188.38** |
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002  Tax sale certificate  517 Hartford Ave.**<br><br><br>Value $        **1,000.00** | | | | **191.27** |
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002  Tax sale certificate  519 Hartford Ave.**<br><br><br>Value $        **1,000.00** | | | | **191.27** |
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002  Tax sale certificate  527 Furman Ave.**<br><br><br>Value $ | | | | **1,079.12**<br><br>**1,079.12** |
| Account No.<br><br>**Winnebago County Trustee**<br>**Box1452**<br>**Decatur, IL  62525** | | | **2002  Tax sale certificate  Mulberry St.**<br><br><br>Value $        **1,000.00** | | | | **342.15** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____**18**_ of _____**21** Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)    **2,656.93**

(Complete only on last sheet of Schedule D)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. ............................................    Case No. ...........................
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>Winnebago County Trustee<br> Box1452<br>Decatur, IL  62525 | | | 2000  Tax sale certificate  20XX Elm St.<br><br>Value $        1,000.00 | | | | 395.35 |
| Account No.<br>Winnebago County Trustee<br> Box1452<br>Decatur, IL  62525 | | | 2002  Tax sale certificate  929 N. Woodlawn St.<br><br>Value $        1,000.00 | | | | 220.51 |
| Account No.<br>Winnebago County Trustee<br> Box1452<br>Decatur, IL  62525 | | | 2002  Tax sale certificate  921 Elm St.<br><br>Value $        1,000.00 | | | | 262.67 |
| Account No.<br>Winnebago County Trustee<br> Box1452<br>Decatur, IL  62525 | | | 2001  Tax sale certificate  915 Elm St.<br><br>Value $        1,000.00 | | | | 440.87 |
| Account No.<br>Z Financial<br>100 Tanglewood Drive<br>Freeport, IL  61032 | | | 2002  Tax sale certificate  906 W. State St.<br><br>Value $     150,000.00 | | | | 649.01 |
| Account No.<br>Z Financial<br>100 Tanglewood Drive<br>Freeport, IL  61032 | | | 2002  Tax sale certificate  822 N. Winnebago St.<br><br>Value $       31,500.00 | | | | 643.41 |
| Account No.<br>Z Financial<br>100 Tanglewood Drive<br>Freeport, IL  61032 | | | 2002  Tax sale certificate  519 Webster Ave.<br><br>Value $       32,000.00 | | | | 895.43 |

Sheet     19 of     21 Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)     3,507.25

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. _____   Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2002  Tax sale certificate  1430 W. State St. <br><br><br> Value $      32,000.00 | | | | 976.13 |
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2002  Tax sale certificate  607 Pope St. <br><br><br> Value $      32,500.00 | | | | 906.44 |
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2002  Tax sale certificate  1519 Mulberry St. <br><br><br> Value $      33,500.00 | | | | 701.57 |
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2002  Tax sale certificate  705 Corbin St. <br><br><br> Value $      18,000.00 | | | | 496.16 |
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2000  Tax sale certificate  128 Irving Ave. <br><br><br> Value $      41,500.00 | | | | 2,074.75 |
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2000  Tax sale certificate  504 Lexington Ave. <br><br><br> Value $      27,500.00 | | | | 1,188.78 |
| Account No. <br><br> Z Financial <br> 100 Tanglewood Drive <br> Freeport, IL  61032 | | | 2000  Tax sale certificate  533 Lexington Ave. <br><br><br> Value $      34,000.00 | | | | 1,626.41 |

Sheet ___ 20 of ___ 21 Continuation Sheets attached to Schedule D

Subtotal
(Total of this page)          7,970.24

(Complete only on last sheet of Schedule D)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. ................................................................. Case No. _____
                                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Z Financial**<br>**100 Tanglewood Drive**<br>**Freeport, IL  61032** | | | **2000  Tax sale certificate  512 Avon St.**<br><br><br>Value $        **42,500.00** | | | | **2,465.43** |
| Account No.<br><br>**Z Financial**<br>**100 Tanglewood Drive**<br>**Freeport, IL  61032** | | | **2000  Tax sale certificate  211 Forest Ave.**<br><br><br>Value $        **34,000.00** | | | | **1,743.35** |
| Account No.<br><br>**Z Financial**<br>**100 Tanglewood Drive**<br>**Freeport, IL  61032** | | | **2000  Tax sale certificate  1128 9th Ave.**<br><br><br>Value $        **81,000.00** | | | | **1,478.40** |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | |

Sheet ____ **21** of ____ **21** Continuation Sheets attached to Schedule D

|  | Subtotal (Total of this page) | **5,687.18** |
|---|---|---|
| (Complete only on last sheet of Schedule D)  **TOTAL** | | **1,787,732.03** |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Form's Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Rockford Properties, Inc. _____ Case No. _____ _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc.                                              Case No. _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>ILL Dept Emp. Sococurity.<br>Withholding Adjustment Unit<br>260 E. Indian Trail Road<br>Aurora, IL 60505-1733 | | | | | | | 13,338.71<br><br>13,338.71 |
| Account No.<br>Illinois Dept. Of Revenue<br>Withholding Adjsutment Unit<br>PO Box 19468<br>Springfield, IL 62794-9468 | | | | | | | 2,658.96<br><br>2,658.96 |
| Account No.<br>Internal Revenue Service<br>Department Of The Treasury<br>PO Box 57<br>Bensalem, PA 19020 | | | | | | | 110,000.00<br><br>110,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ 1 of _____ 1 Continuation Sheets attached to Schedule E

Subtotal
(Total of this page)          125,997.67

(Complete only on last sheet of Schedule E)  **TOTAL**          125,997.67

(Report total also on Summary of Schedules)

© 1993-2004 EZ Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE Rockford Properties, Inc.

Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **A & A Hauling** <br> **5520 Garland Court** <br> **Rockford, IL 61102** | | | 2003    Services | | | | 163.85 |
| Account No. <br> **A 1 Fire Fire Extingusiher** <br> **615 S. 6th St.** <br> **Rockfird, IL 61104** | | | 2002 Services | | | | 40.00 |
| Account No. <br> **A. G. Hohefelder Sheet Metal** <br> **2911 Prarie Road** <br> **Rockford, IL** | | | | | | | 873.04 |
| Account No. <br> **Altamore, Alberto** <br> **401 W/ State St.** <br> **Rockdford, IL 61102** | | | Legal services | | | | 2,025.00 |
| Account No. <br> **Answer USA** <br> **3022 Wallin Ave.** <br> **Rockford, IL 61101** | | | Service | | | | 61.95 |

|  | Subtotal (Total of this page) | 3,163.84 |
|---|---|---|

**5** Continuation Sheets attached

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Auto Owners Insurance<br>PO Box 30315<br>Lansing, MI  48909-7815 | | | Insurance | | | | 18,241.68 |
| Account No.<br><br>Bove's & Truck Service<br>1118 Ferguson<br>Rockford, IL  61102 | | | Truck repair | | | | 1,376.38 |
| Account No.<br><br>Bull Well Service<br>4510 Buskie Road<br>Rockford, IL  61102 | | | Well work | | | | 233.60 |
| Account No.<br><br>City Of Rockford<br>425 E. State St.<br>Rockkford, IL  61104 | | | Water | | | | 18,000.00 |
| Account No.<br><br>Commonersith Edidon<br>Bill Payment Center<br>Chicago, IL  60668-0001 | | | Electric | | | | 3,000.00 |
| Account No.<br><br>Freeport Water & Sewer<br>230 W. Stephenson St.<br>Freeport, IL  61032 | | | Water | | | | 150.00 |
| Account No.<br><br>Guler Appliances<br>227 7th St.<br>Rockford, IL  61104 | | | Appliance repair | | | | 62.95 |

Sheet _____ 1 of _____ 5 Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                41,064.61

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Rockford Properties, Inc. _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Institute Of Real Estate Management<br>430 N. Michigan Ave.<br>Chicago, IL 60611 | | | Trade organization | | | | 200.00 |
| Account No.<br>Lindstrom, Sorenson & Associates<br>3815 N. Mulford Road<br>Rockford, IL 61114 | | | Accounting services | | | | 2,640.00 |
| Account No.<br>National Glass Solutions<br>2710 Prarie Ave.<br>Beloit, WI 53511 | | | Glass work | | | | 361.00 |
| Account No.<br>Nextel<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | | | Phone and radio service | | | | 1,899.33 |
| Account No.<br>Nicholson Hardware<br>1131 Second Ave.<br>Rockford, IL 61104 | | | Hardware | | | | 808.86 |
| Account No.<br>NiCor Gas<br>PO Box 416<br>Aurora, IL 60568-0001 | | | | | | | 28,000.00 |
| Account No.<br>Northwestern Mutual Insurance Co.<br>206 Galena Ave., Suite 101<br>Freeport, IL 61032-0000 | | | Insurance | | | | 7,688.22 |
| | | | | Subtotal<br>(Total of this page) | | | 41,597.41 |

Sheet _____ 2 of _____ 5 Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Rockford Properties, Inc. _____ Chapter 11 _____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jerry Flaming Rockford, IL  61107 | 100 | Common Stockholder |

© 1989-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc. _____ Case No. _____
                               Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-5642-0072-1370**<br><br>**Office Depot**<br>Pob 9020<br>Des Moines, IA  50368-9020 | | | 1998   Office supplies | | | | 4,112.84 |
| Account No.<br><br>**Onyx Waste Systems**<br>8538 Hwy 251 South<br>Davis Junction, IL  61020 | | | | | | | 259.69 |
| Account No.<br><br>**Per Mar Security**<br>PO Box 1101<br>Davenport, IA  52805-1101 | | | | | | | 228.45 |
| Account No.<br><br>**Pitney Bowes**<br>PO Box 856390<br>Louisville, KY  40285-6042 | | | Postage | | | | 180.50 |
| Account No.<br><br>**Purchase Power**<br>PO Box 856042<br>Louisville, KY  40285-6042 | | | 2003      postage | | | | 1,538.68 |
| Account No.<br><br>**Rock River Disposal**<br>425 S. Main St.<br>Rockford, IL  61102 | | | Disposal service | | | | 278.80 |
| Account No.<br><br>**Rock River Water Recclamation**<br>PO Box 6207<br>Rockford, IL  61125-1207 | | | Sewer | | | | 12,000.00 |

Sheet ____**3** of ____**5** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  18,598.96

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc. ............................. Case No. _____
           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Rockford Regiister Star<br>99 E. State St.  PO Box 439<br>Rockford, IL  61105 | | | Advertising | | | | 1,260.66 |
| Account No.<br>RSM McGladrey<br>PO Box 4539<br>Rockford, IL  61110 | | | Accounting | | | | 29,044.00 |
| Account No.<br>Schleueter, Ecklund  Attys<br>4023 Charles St.<br>Rockford, IL  61108-6199 | | | Legal services | | | | 2,054.88 |
| Account No.<br>TDS<br>525 Junction Road, Suite 6000<br>Madison, WI  53717-2105 | | | | | | | 699.20 |
| Account No.<br>Tobin & Ramon<br>530 S. State St.<br>Belvidere, IL  61008 | | | Legal services | | | | 4,008.45 |
| Account No.<br>Tricom Solutions<br>5532 North Broadway<br>Chicago, IL  60640 | | | Telephone repair | | | | 484.29 |
| Account No.<br>Waste Management<br>6002 Nelson Road<br>Sun Prarie, WI  53590 | | | Garbage | | | | 173.14 |
| | | | | Subtotal<br>(Total of this page) | | | 37,724.62 |

Sheet ____ 4 __ of ____ 5 Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc. .......................................................  Case No. ...........................
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Winnebago County Sheriff**<br>**PO Box 829**<br>**Rockford, IL  61105** | | | Eviction services | | | | |
| | | | | | | | **5,000.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet _____ **5** of _____ **5** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | **5,000.00** |
|---|---|---|
| (Complete only on last sheet of Schedule F) | **TOTAL** | **147,149.44** |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Rockford Properties, Inc.                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Officy Copy Products**<br>**PO Box 5223**<br>**1920 Daimler Road**<br>**Rockford, IL  61125-0223** | **Lease of copymachine** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rockford Properties, Inc.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE Rockford Properties, Inc. .............................................................................    Case No. ...............................
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____    _____
Debtor

Date: _____    Signature: _____    _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the **Rockford Properties, Inc.** ...........................................
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ **41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **March 17, 2004** _____    Signature: _____

**Jerry Flaming** _____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                     Case No. _____

Rockford Properties, Inc._____     Chapter 11_____
                      Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

                                              Number of Creditors _____ **59**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: March 17, 2004 _____          _____
                                  Debtor

                                  _____
                                  Joint Debtor

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Rockford Properties, Inc.
906 West State Street
Rockford, IL 61102

C & W Investments
PO Box 6853
Rockford, IL 61125

Freeport Water & Sewer
230 W. Stephenson St.
Freeport, IL 61032


Ritz & Laughlin
728 N. Court St.
Rockford, IL 61103

Castle Bank
141 W. Lincoln Hwy.
DeKalb, IL 60115

Guler Appliances
227 7th St.
Rockford, IL 61104


A & A Hauling
5520 Garland Court
Rockford, IL 61102

Checker LLC  Jack Cahill
2000 S. Batavia  5th Floor
Batavia, IL 60134

ILL Dept Emp. Socecurity.
Withholding Adjustment Unit
260 E. Indian Trail Road
Aurora, IL 60505-1733


A 1 Fire Fire Extingusiher
615 S. 6th St.
Rockfird, IL 61104

City Of Rockford
425 E. State St.
Rockkford, IL 61104

Illinois Dept. Of Revenue
Withholding Adjsutment Unit
PO Box 19468
Springfield, IL 62794-9468


Altamore, Alberto
401 W/ State St.
Rockdford, IL 61102

CMF Mortgage Co.
115 Seventh Street
Rockford, IL 61104

Institute Of Real Estate Management
430 N. Michigan Ave.
Chicago, IL 60611


Answer USA
3022 Wallin Ave.
Rockford, IL 61101

Codilis & Associates, P.C.
15W030 North Frontage Rd., Suite 100
Burr Ridge, IL 60527

Internal Revenue Service
Department Of The Treasury
PO Box 57
Bensalem, PA 19020


Auto Owners Insurance
PO Box 30315
Lansing, MI 48909-7815

Commercial Mortgage
115 7th St.
Rockford, IL 61104

Interstate Funding Corp.
820 Church St.
Evanston, IL 60201


Bank One
Loan Service
PO Box 260161
Baton Rouge, LA 70826-0161

Commonerslth Edidon
Bill Payment Center
Chicago, IL 60668-0001

Jack D. Franks
Franks, Gerkin, McKenna
P.O. Box 5
Marengo, IL 60152-0005


Bove's & Truck Service
1118 Ferguson
Rockford, IL 61102

Crane Peter
6960 Ryberg Road
Rockford, IL 61109

Lak Corp.
PO Box 7050
Evanston, IL 60204


Bull Well Service
4510 Buskie Road
Rockford, IL 61102

Fifth Third Bank
Attn: David Reid
9400 S. Cicero Ave.
Oak Lawn, IL 60453

Lindstrom, Sorenson & Associates
3815 N. Mulford Road
Rockford, IL 61114

Mid Ohio FBO L. Chaney
1079 Whispering Woods Drive
Canton, GA  30114

Per Mar Security
PO Box 1101
Davenport, IA  52805-1101

Salta Group, Inc.
666 Vernon Ave.
Glencoe, IL  60022

National Glass Solutions
2710 Prarie Ave.
Beloit, WI  53511

Pitney Bowes
PO Box 856390
Louisville, KY  40285-6042

Schlueter, Ecklund  Attys
4023 Charles St.
Rockford, IL  61108-6199

Nextel
PO Box 4191
Carol Stream, IL  60197-4191

Prarie State Securities
PO Box 3378
East St. Louis, IL  62203

TDS
525 Junction Road, Suite 6000
Madison, WI  53717-2105

Nicholson Hardware
1131  Second Ave.
Rockford, IL  61104

Purchase Power
PO Box 856042
Louisville, KY  40285-6042

Tobin & Ramon
530 S. State St.
Belvidere, IL  61008

NiCor Gas
PO Box 416
Aurora, IL  60568-0001

Reentz, Elizabeth
910 - 24th St.
Rockford, IL  61108

Tricom Solutions
5532 North Broadway
Chicago, IL  60640

Northwest Bank
3106 N. Rockton Ave.
Rockford, IL  61103

Rock River Disposal
425 S. Main St.
Rockford, IL  61102

Union Savings Bank
Attn: Jack Benson
203 N. Alpine
Rockford, IL  61107

Northwestern Mutual Insurance Co.
206 Galena Ave., Suite 101
Freeport, IL  61032-0000

Rock River Water Recclamation
PO Box 6207
Rockford, IL  61125-1207

Waste Management
6002 Nelson Road
Sun Prarie, WI  53590

Office Depot
Pob 9020
Des Moines, IA  50368-9020

Rockford Regiister Star
99 E. State St.  PO Box 439
Rockford, IL  61105

William & Grace Campbell
4003 Charles St.
Rockford, IL  61108

Officy Copy Products
PO Box 5223
1920 Daimler Road
Rockford, IL  61125-0223

RSM McGladrey
PO Box 4539
Rockford, IL  61110

Winnebago County Sheriff
PO Box 829
Rockford, IL  61105

Onyx Waste Systems
8538 Hwy 251 South
Davis Junction, IL  61020

Saber Grouo LLC
PO Box 3074
Carbondale, IL  62902

Winnebago County Trustee
Box1452
Decatur, IL  62525

Z Financial
100 Tanglewood Drive
Freeport, IL  61032