## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In Re:

Rockford Properties, Inc.
Debtor.

Jerry & Carolyn Flaming
Debtor

Chapter 11 Bankruptcy
Case № 04 B 71434

Chapter 11 Bankruptcy
Case № 04 B 71433

### Order Authorizing Use of Cash Collateral Pending Final Hearing

On March 31, 2004, the Motion of Jerry & Carolyn Flaming, debtor in possession, to Use Cash Collateral of Chase Manhattan Mortgage Corporation came on for hearing, and after due consideration, the Court finds

1. Chase Manhattan Mortgage Corporation has a security interest in the rents derived from the rental of real estate owned by the debtor in possession

2. That the use of cash collateral is necessary to avoid immediate and irreparable harm to the estate pending a final hearing, and the Court further finds

3. That the value of the real estate that is collateral for the secured claim of Chase Manhattan Mortgage Corporation is $154,500 and the Court further finds

4. That the amount of the debt owed on the date this case was filed is $118,641.16.

5. That the security interest of Chase Manhattan Mortgage Corporation has adequate protection;

6. That the use of cash collateral for for ordinary and necessary business expenses, including payroll, utilities, real estate taxes, insurance, replacement fixtures, and other items necessary to continue the operation of the business of the debtor in possession until the final hearing or further order of the Court, will not adversely affect the adequate protection of the security interest of Fifth Third Bank and, it is therefore

    A. **Ordered** that the debtor in possession is authorized it to use cash collateral of Chase Manhattan Mortgage Corporation for ordinary and necessary business expenses, including payroll, utilities, real estate taxes, insurance, replacement fixtures, and other items necessary to continue the operation of the business of the debtor in possession until the final hearing or further order of the Court; and it is further

    B. **Ordered** that the debtor in possession shall deposit any rents from real estate subject to the security interest of Chase Manhattan Mortgage Corporation in a separate, segregated deposit account at Amcore Bank; and it is further

    C. **Ordered** that that any of the foregoing findings are limited to this preliminary hearing and are not binding at the final hearing, or any other proceeding in this case and it is further

D. **Ordered** that a final hearing shall be held on April 21 at 10:30.

Entered: _____APR 5 2004_____

_____
Manuel Barbosa
Judge

| Debt | Chase Manhattan Value |
|---|---|
| 39,352.75 | 28,500.00 |
| 26,429.28 | 34,000.00 |
| 31,093.62 | 40,000.00 |
| 21,765.51 | 52,000.00 |
| $118,641.16 | $154,500.00 |

IN RE Flaming, Jerry & Flaming, Carolyn                                        Case No. _____
                                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> Chase Manhattan Mortgage Corporation <br> 9415 Vision Drive <br> Columbus, OH 43219-6009 | | | Mortgage 836 N. Winnebago St. <br><br> Value $ 40,000.00 | | | | 31,093.62 |
| Account No. <br> Chase Manhattan Mortgage Corporation <br> 3415 Vision Drive <br> Columbus, OH 43219-6009 | | J | Mortgage 1369 Burbank <br><br> Value $ 28,500.00 | | | | 21,765.51 |
| Account No. <br> Checker LLC Jack Cahill <br> 2000 S. Batavia, 5th Floor <br> Batavia, IL 60134 | | | 2002 Tax sale certificate 1505 Andrews St. <br><br> Value $ 23,000.00 | | | | 600.73 |
| Account No. <br> First Federal Savings Bank <br> PO Box C 4200 <br> Lacrosse, WI 54602-4200 | | | 91 Ford Van <br><br> Value $ 3,500.00 | | | | 988.34 |
| Account No. <br> First Federal Savings Bank <br> PO Box C 4200 <br> Lacrosse, WI 54602-4200 | | | 2002 Cadillac <br><br> Value $ 20,215.00 | | | | 7,600.00 |
| Account No. <br> Lak Corp. <br> PO Box 7050 <br> Evanston, IL 60204 | | | 2002 Tax sale certificate 204 Albert Ave., Rockford, IL <br><br> Value $ 32,000.00 | | | | 693.33 |
| Account No. <br> Mortgage Electronic Registration Systems <br> Shapiro & Kreisman <br> 4201 Lake Cook Road <br> Northbrook, IL 60062 | | | May 31, 2002 Mortgage 316 N. Hinkley, Rockford, IL <br><br> Value $ 50,000.00 | | | | 38,834.00 |

Sheet ___1___ of ___8___ Continuation Sheets attached to Schedule D

Subtotal (Total of this page) **101,575.53**

(Complete only on last sheet of Schedule D) TOTAL

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS