UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| ROCKFORD PROPERTIES, INC. | ) | CASE NO. 04-71434 |
| JERRY & CAROLYN FLAMING | ) | CASE NO. 04-74133 |
| | ) | |
| DEBTORS | ) | CHAPTER 11 |

### NOTICE TO PRESENT STIPULATED FINAL ORDER AND AGREEMENT REGARDING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION AND STIPULATION AND ORDER TO ACCEPT ANY PLAN OF REORGANIZATION

CREDITOR, NORTHWEST BANK OF ROCKFORD, BY ITS ATTORNEY BERNARD J. NATALE, has filed papers with the Court for the: **PRESENTATION OF STIPULATED FINAL ORDER AND AGREEMENT REGARDING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION AND STIPULATION AND ORDER TO ACCEPT ANY PLAN OF REORGANIZATION**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Motion, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; **OR**
2. Attend the hearing scheduled to be held **DECEMBER 8, 2004 @ 10:30 A.M.** in the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J. NATALE, LTD.
Bernard J. Natale
308 W. State Street Suite 470
Rockford, Illinois 61101
815/964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date: November 29, 2004

/s/ BERNARD J. NATALE
308 W. State Suite 470
Rockford, Illinois 61101

## PROOF OF SERVICE

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF WINNEBAGO    )

The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice in each envelope, addressed as attached:

**SEE MATRIX ATTACHED (EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U.S. BANKRUPTCY CLERK'S RECEIPT)**

That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 29th day of November, 2004.

_____

Subscribed and sworn to before me this
29th day of November, 2004.

_____
Notary Public

"OFFICIAL SEAL"
LISA EATON
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 08/06/05

| | | |
|---|---|---|
| US TRUSTEE<br>780 REGENT STREET<br>SUITE 304<br>MADISON, WI  53715 | ATTORNEY KEN RITZ<br>RITZ & LAUGHLIN, LTD.<br>728 N. COURT STREET<br>ROCKFORD, IL  61103 | ATTORNEY DAVID FRANKS<br>PO BOX 5<br>MARENGO, IL  60152-0005 |
| ATTORNEY MARY GORMAN<br>WADE & GORMAN<br>6833 STALTER DRIVE – STE. 201<br>ROCKFORD, IL  61108 | ATTORNEY ANDREW HOUHA<br>FISHER & FISHER<br>120 N. LASALLE ST. – STE. 2520<br>CHICAGO, IL  60602 | ATTORNEY TERRI M. LONG<br>18201 MORRIS AVENUE<br>HOMEWOOD, IL  60130 |
| ATTORNEY JAMES STEVENS<br>ONE MADISON STREET<br>ROCKFORD, IL  61104 | MARK FAYNE<br>OFFICE OF CHIEF COUNSEL<br>200 W. ADAMS ST. – SUITE 2300<br>CHICAGO, IL  60606 | ATTORNEY RICHARD ARONOW<br>SHAPIRO & KREISMAN, LLC<br>4201 LAKE COOK ROAD<br>NORTHBROOK, IL  60062 |
| ATTORNEY JOEL R. NATHAN<br>ASSISTANT US ATTORNEY<br>219 S. DEARBORN ST.<br>5TH FLOOR<br>CHICAGO, IL  60604 | ATTORNEY KARL WINKLER<br>124 N. WATER STREET<br>ROCKFORD, IL  61107 | ATTORNEY MARC J. CHALFEN<br>KELLY, OLSON, MICHOD,<br>DEHAAN & RICHTER, LLC<br>30 S. WACKER – STE. 2300<br>CHICAGO, IL  60606 |