## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 11 Bankruptcy<br>Case Nº 04 B 71434 |
| **Rockford Properties, Inc.**<br>Debtor. | Chapter 11 Bankruptcy<br>Case Nº 04 B 71433 |
| **Jerry & Carolyn Flaming**<br>Debtor | |

### Final Application for Compensation in the Flaming Case

    Ritz & Laughlin, Ltd. (Applicant), attorney for the debtor in possession, submits its Final Application for Fees and Expenses pursuant to § 330 of the Bankruptcy Code and Bankruptcy Rule 2016.

    1. Jerry & Carolyn Flaming filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 17, 2004. Shortly thereafter the Applicant was approved by order of the Court to be employed as attorneys for the debtor in possession.

    2. On June 23, 2004, the Applicant was awarded $14,063.50 for services rendered from March 17, 2004 through April 30, 2004.

    3. On December 15, 2004 the Applicant was awarded $39,847.50 for services rendered from May 1, 2004 through November 8, 2004.

    4. On August 3, 2005 the Chapter 11 case was converted to a case under Chapter 7.

    5. The Applicant makes this Final application for Compensation for services rendered from November 9, 2004 to the date of the hearing on this Final Application.

### Project: General

| Attorney | Hours | Rate | |
|---|---:|---:|---:|
| Ritz | 2.20 | $225.00 | $495.00 |

    Detailed time records were maintained, and presented in this Application, by two different time and billing programs. As of June 30, 2005, the Applicant changed its time and billing programs from the Precedent to Quick Books Consequently, in some of the projects details are provided by the two programs. With respect to the old Precedent program, the detail

sheets are titled Snapshots. The Quick Books detail sheets are called Invoices.

### Project: Barfield

| Attorney | Hours | | |
|---|---|---|---|
| Ritz | 59.1 | $ 225.00 | $13,297.50 |

Detailed time and expense records for this Project are attached.

### Project: Compensation

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 6.00 | $ 225.00 | $1,350.00 |

Detailed time and expense records for this Disclosure Statement Project are attached.

### Project: Disclosure Statement

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 6.00 | $ 225.00 | $1,350.00 |

Detailed time and expense records for this Disclosure Statement Project are attached.

### Project: Plan of Reorganization

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 24.80 | $ 225.00 | $5,580.00 |
| Laughlin | .20 | $ 225.00 | $45.00 |
| | | | $5,625.00 |

. Detailed time and expense records for this Plan of Reorganization Project are attached.

**Project: Chase Manhattan Mortgage Corporation**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 17.00 | $ 225.00 | $6,120.00 |
| Laughlin | 0.40 | | $90.00 |
| | | | $6,210.00 |

**Project:  Internal Revenue Service**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 11.50 | 225.00 | $2,587.50 |

Detailed time and expense records for this Project are attached.

**Project: U.S. Bank**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 29.40 | $ 225.00 | $6,615.00 |

U.S. Bank holds a mortgage on the principal residence of the debtors. Detailed time and expense records for this Project are attached.

**Project: Principal Residential Mortgage**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 7.70 | $ 225.00 | $1,732.50 |

Detailed time and expense records for this Project are attached.

**Washington Mutual**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 33.00 | $ 225.00 | $7,425.00 |
| Laughlin | .80 | $ 225.00 | $ 180.00 |
|  |  |  | $7,605.00 |

**Stay Violation Washington Mutual**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 1.80 | $ 225.00 | $405.00 |
| Laughlin | .30 | $ 225.00 | $67.50 |
|  |  |  | $472.50 |

  The total time spent by the Applicant from November 9, 2004. through August 3, 2005, the date of the conversion of the case to Chapter 7, was 202.00 hours. Kenneth Ritz worked 198.50 hours and Thomas Laughlin worked 1.70 hours. Hourly rates are $225.00 for Kenneth Ritz and $225.00 for Thomas Laughlin.

  WHEREFORE, Applicant prays that it be awarded $44,752.50 for services rendered from November 9, 2004. through August 3, 2005.

Ritz & Laughlin, Ltd.
Attorneys for the debtor in possession

By _____
   Kenneth F. Ritz
Illinois Bar 02347083

728 North Court Street
Rockford, IL 61103
815-968-1807
815-961-1917 Fax