IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ROCKFORD PROPERTIES, INC., ) | Case No. 04-71434 MB |
| Debtor. ) | |
| ) | |
| JERRY FLAMING and CAROLYN ) | Case No. 04-71433 MP |
| FLAMING, ) | |
| Debtors. ) | Substantively Consolidated |

## ADDENDUM TO TRUSTEE'S FINAL REPORT (TFR)

The standard UST form for the Trustee's Final Report does not permit the Trustee to amend the case heading to reflect the fact that his Final Report is filed for a substantively consolidated case. On March 17, 2004, Jerry Flaming and Carolyn Flaming filed a chapter 11 bankruptcy case. On the same date, Jerry Flaming, as President and sole shareholder of Rockford Properties, Inc., filed a chapter 11 bankruptcy proceeding on behalf of Rockford Properties, Inc. On August 10, 2005, the chapter 11 cases were converted to chapter 7 cases. Thomas J. Lester was appointed on August 10, 2005 to serve as Trustee in the case of Rockford Properties, Inc. Mr. Lester was appointed on August 11, 2005 to serve as Trustee in the chapter 7 case of Mr. and Mrs. Flaming. This Court entered an Order on September 7, 2005, on the pending Motion of Debtors' counsel, Kenneth F. Ritz, authorizing the substantive consolidation of the two cases with Case No. 04B71434 designated as the consolidated case number. The Trustee's Final Report reflects the full liquidation of both estates, consolidates the assets and disposition of all assets and claims of both estates, and seeks approval of administrative fees and expenses incurred in the administration of both estates.