# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ROCKFORD PROPERTIES INC, | § | Case No. 04-71434 |
| | DBA ROCKFORD PROPERTIES | § | |
| | INC | § | |
| | | § | |
| | JERRY FLAMING and | § | Case No. 04-71433 |
| Debtor(s) | CAROLYN FLAMING | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS J. LESTER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/22/2012 in Courtroom 3100, United States Courthouse Courthouse, 327 South Church Street, Rockford, IL 61101.

UST Form 101-7-NFR (10/1/2010)

70869484v1 0857388

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

07/20/2012                              By:    /s/THOMAS J. LESTER
                                               Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

UST Form 101-7-NFR (10/1/2010)

70869484v1 0857388

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ROCKFORD PROPERTIES INC,           § Case No. 04-71434
      DBA ROCKFORD PROPERTIES INC            §
                                                 §
      Debtor(s)                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 361,925.09 |
| *and approved disbursements of* | $ 271,477.81 |
| *leaving a balance on hand of* [1] | $ 90,447.28 |
| **Balance on hand:** | $ 90,447.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Jack D. Franks | 27,023.83 | 0.00 | 0.00 | 0.00 |
| 2 | Commercial Mortgage and Finance Co. | 39,275.26 | 0.00 | 0.00 | 0.00 |
| 3 | Commercial Mortgage | 97,900.33 | 0.00 | 0.00 | 0.00 |
| 7 | Northwest Bank Of Rockford | 170,887.63 | 0.00 | 0.00 | 0.00 |
| 8 | Jack D. Franks | 27,023.83 | 0.00 | 0.00 | 0.00 |
| 10A | Department of the Treasury-Internal Revenue Service | 15,112.67 | 0.00 | 0.00 | 0.00 |
| 11 | Codilis & Associates, P.C. | 3,773.38 | 0.00 | 0.00 | 0.00 |
| 12 | Northwest Bank Of Rockford | 170,887.63 | 0.00 | 0.00 | 0.00 |
| 13 | Bank One | 1,255.36 | 0.00 | 0.00 | 0.00 |
| 14 | Bank One National BK Dept | 17,185.03 | 0.00 | 0.00 | 0.00 |
| 18 | First Federal Savings Bank | 35,277.75 | 0.00 | 0.00 | 0.00 |
| 24 | Chase Manhattan Mortgage | 25,188.71 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 25 | Chase Manhattan Mortgage Corporation | 29,498.62 | 0.00 | 0.00 | 0.00 |
| 26 | Chase Manhattan Mortgage Corporation | 34,330.03 | 0.00 | 0.00 | 0.00 |
| 30 | Federal National Mortgage Assn | 14,501.44 | 0.00 | 0.00 | 0.00 |
| 31 | Federal National Mortgage Assn | 3,213.50 | 0.00 | 0.00 | 0.00 |
| 32 | Federal National Mortgage Assn | 2,551.04 | 0.00 | 0.00 | 0.00 |
| 33 | Federal National Mortgage Assn | 2,928.10 | 0.00 | 0.00 | 0.00 |
| 34 | Federal National Mortgage Assn | 27,955.43 | 0.00 | 0.00 | 0.00 |
| 35 | Federal National Mortgage Assn | 29,744.24 | 0.00 | 0.00 | 0.00 |
| 36 | Federal National Mortgage Assn | 3,014.64 | 0.00 | 0.00 | 0.00 |
| 37 | Federal National Mortgage Assn | 24,454.88 | 0.00 | 0.00 | 0.00 |
| 38 | Federal National Mortgage Assn | 22,435.04 | 0.00 | 0.00 | 0.00 |
| 39 | Federal National Mortgage Assn | 2,810.06 | 0.00 | 0.00 | 0.00 |
| 40 | Federal National Mortgage Assn | 27,640.06 | 0.00 | 0.00 | 0.00 |
| 41 | Federal National Mortgage Assn | 61,346.38 | 0.00 | 0.00 | 0.00 |
| 42 | Federal National Mortgage Assn | 2,984.24 | 0.00 | 0.00 | 0.00 |
| 43 | Federal National Mortgage Assn | 2,898.58 | 0.00 | 0.00 | 0.00 |
| 44 | Federal National Mortgage Assn | 29,905.73 | 0.00 | 0.00 | 0.00 |
| 45 | Federal National Mortgage Assn | 22,763.14 | 0.00 | 0.00 | 0.00 |
| 46 | Mortgage Electronic Registration Systems Inc | 3,454.50 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 47 | Federal National Mortgage Assn | 32,116.10 | 0.00 | 0.00 | 0.00 |
| 48 | Federal National Mortgage Assn | 2,113.11 | 0.00 | 0.00 | 0.00 |
| 49 | Federal National Mortgage Assn | 2,102.23 | 0.00 | 0.00 | 0.00 |
| 50 | Washington Mutual Bank FA | 29,816.45 | 0.00 | 0.00 | 0.00 |
| 51 | Washington Mutual Bank FA | 2,955.15 | 0.00 | 0.00 | 0.00 |
| 52 | Federal National Mortgage Assn | 2,715.78 | 0.00 | 0.00 | 0.00 |
| 53 | Federal National Mortgage Assn | 24,428.75 | 0.00 | 0.00 | 0.00 |
| 54 | Mortgage Electronic Registration Systems Inc | 41,388.61 | 0.00 | 0.00 | 0.00 |
| 55 | Federal National Mortgage Assn | 2,900.90 | 0.00 | 0.00 | 0.00 |
| 56 | Federal National Mortgage Assn | 30,387.31 | 0.00 | 0.00 | 0.00 |
| 57 | Mortgage Electronic Registration Systems Inc | 40,611.23 | 0.00 | 0.00 | 0.00 |
| 58 | Mortgage Electronic Registration Systems Inc | 41,491.00 | 0.00 | 0.00 | 0.00 |
| 59 | Mortgage Electronic Registration Systems Inc | 2,854.50 | 0.00 | 0.00 | 0.00 |
| 60 | Mortgage Electronic Registration Systems Inc | 6,609.81 | 0.00 | 0.00 | 0.00 |
| 61 | Mortgage Electronic Registration Systems Inc | 48,564.24 | 0.00 | 0.00 | 0.00 |
| 62 | Federal National Mortgage Assn | 2,737.78 | 0.00 | 0.00 | 0.00 |
| 63 | Federal National Mortgage Assn | 3,094.26 | 0.00 | 0.00 | 0.00 |
| 64 | Federal National Mortgage Assn | 2,945.94 | 0.00 | 0.00 | 0.00 |
| 65 | Federal National Mortgage Assn | 1,898.28 | 0.00 | 0.00 | 0.00 |
| 66 | Federal National Mortgage | 34,702.34 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

|    |                                              |           |      |      |      |
|----|----------------------------------------------|-----------|------|------|------|
| 67 | Federal National Mortgage Assn               | 20,079.31 | 0.00 | 0.00 | 0.00 |
| 68 | Federal National Mortgage Assn               | 2,890.20  | 0.00 | 0.00 | 0.00 |
| 69 | Federal National Mortgage Assn               | 2,861.04  | 0.00 | 0.00 | 0.00 |
| 70 | Federal National Mortgage Assn               | 32,951.36 | 0.00 | 0.00 | 0.00 |
| 71 | Federal National Mortgage Assn               | 3,058.22  | 0.00 | 0.00 | 0.00 |
| 72 | Mortgage Electronic Registration Systems Inc | 3,365.20  | 0.00 | 0.00 | 0.00 |
| 73 | Federal National Mortgage Assn               | 22,151.66 | 0.00 | 0.00 | 0.00 |
| 74 | Federal National Mortgage Assn               | 1,278.45  | 0.00 | 0.00 | 0.00 |
| 75 | Federal National Mortgage Assn               | 27,353.61 | 0.00 | 0.00 | 0.00 |
| 76 | Federal National Mortgage Assn               | 20,427.33 | 0.00 | 0.00 | 0.00 |
| 77 | Federal National Mortgage Assn               | 2,924.95  | 0.00 | 0.00 | 0.00 |
| 78 | Federal National Mortgage Assn               | 30,752.59 | 0.00 | 0.00 | 0.00 |
| 79 | Federal National Mortgage Assn               | 25,866.45 | 0.00 | 0.00 | 0.00 |
| 80 | Federal National Mortgage Assn               | 2,876.53  | 0.00 | 0.00 | 0.00 |
| 81 | Federal National Mortgage Assn               | 32,343.67 | 0.00 | 0.00 | 0.00 |
| 82 | Federal National Mortgage Assn               | 3,124.15  | 0.00 | 0.00 | 0.00 |
| 83 | Federal National Mortgage Assn               | 22,416.53 | 0.00 | 0.00 | 0.00 |
| 84 | Federal National Mortgage Assn               | 22,188.72 | 0.00 | 0.00 | 0.00 |
| 85 | Federal National Mortgage Assn               | 24,459.30 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 86 | Federal National Mortgage Assn | 30,006.57 | 0.00 | 0.00 | 0.00 |
| 87 | Federal National Mortgage Assn | 2,737.46 | 0.00 | 0.00 | 0.00 |
| 88 | Federal National Mortgage Assn | 2,938.80 | 0.00 | 0.00 | 0.00 |
| 89 | Federal National Mortgage Assn | 3,116.48 | 0.00 | 0.00 | 0.00 |
| 90 | Federal National Mortgage Assn | 28,679.56 | 0.00 | 0.00 | 0.00 |
| 91 | Federal National Mortgage Assn | 3,516.35 | 0.00 | 0.00 | 0.00 |
| 97A | IRS | 94,963.51 | 0.00 | 0.00 | 0.00 |
| 98A | City of Rockford | 369.56 | 0.00 | 0.00 | 0.00 |
| 99 | Principal | 35,589.16 | 0.00 | 0.00 | 0.00 |
| 101 | National Loan Investors LP | 510,787.75 | 0.00 | 0.00 | 0.00 |
| 103A | Rock River Water Recclamation | 4,034.70 | 0.00 | 0.00 | 0.00 |
| 105A | Internal Revenue Service | 15,112.67 | 0.00 | 0.00 | 0.00 |
| 106A | Internal Revenue Service | 15,112.67 | 0.00 | 0.00 | 0.00 |
| 108 | CitiMortgage | 41,045.96 | 0.00 | 0.00 | 0.00 |
| 110 | Principal | 35,589.16 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 90,447.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Trustee Thomas J. Lester | 21,333.44 | 0.00 | 19,111.02 |
| Attorney for Trustee, Fees - Hinshaw & Culbertson LLP | 55,345.50 | 0.00 | 52,093.48 |
| Attorney for Trustee, Expenses - Hinshaw & Culbertson LLP | 2,200.04 | 0.00 | 2,070.77 |
| Accountant for Trustee, Fees - RSM McGladrey, Inc. | 11,744.00 | 0.00 | 11,053.94 |
| Fees, United States Trustee | 6,500.00 | 0.00 | 6,118.07 |

Total to be paid for chapter 7 administration expenses: $ 90,447.28
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Kenneth F. Ritz | 75,878.75 | 0.00 | 0.00 |

        Total to be paid for prior chapter administrative expenses:  $    0.00
        Remaining balance:  $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $481,195.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | IRS | 0.00 | 0.00 | 0.00 |
| 10B | Department of the Treasury-Internal Revenue Service | 101,813.06 | 0.00 | 0.00 |
| 27 | Illinois Department Of Empoyment | 11,922.54 | 0.00 | 0.00 |
| 28A | IL Dept of Revenue/Bankruptcy Unit | 4,845.40 | 0.00 | 0.00 |
| 97B | IRS | 72,909.35 | 0.00 | 0.00 |
| 104A | Dept of the Treasury IRS | 72,909.35 | 0.00 | 0.00 |
| 105B | Internal Revenue Service | 55,899.01 | 0.00 | 0.00 |
| 106B | Internal Revenue Service | 101,813.06 | 0.00 | 0.00 |
| 107A | Dept. of Revenue Taxes | 2,544.25 | 0.00 | 0.00 |
| 109 | Dept of the Treasury IRS | 55,899.01 | 0.00 | 0.00 |
| 118 | Kattie M Sanders | 640.00 | 0.00 | 0.00 |

        Total to be paid for priority claims:  $    0.00
        Remaining balance:  $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 652,420.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Creditors Protection Service | 0.00 | 0.00 | 0.00 |
| 6 | Winnebago County Sheriff | 3,866.50 | 0.00 | 0.00 |
| 9 | Citibank (South Dakota) NA | 1,081.40 | 0.00 | 0.00 |
| 15 | Tobin & Ramon | 4,008.45 | 0.00 | 0.00 |
| 16 | Per Mar Security | 232.05 | 0.00 | 0.00 |
| 17 | Nextel Communications Inc | 2,157.36 | 0.00 | 0.00 |
| 19 | First Federal Savings Bank | 987.86 | 0.00 | 0.00 |
| 20 | Pitney Bowes Credit Corporation | 1,485.23 | 0.00 | 0.00 |
| 21 | Chase Manhattan Bank USA | 2,499.58 | 0.00 | 0.00 |
| 22 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 23 | ComEd | 1,271.77 | 0.00 | 0.00 |
| 28B | IL Dept. of Revenue/Bankruptcy Unit | 351.26 | 0.00 | 0.00 |
| 29 | Onyx Waste Services, Inc. | 277.49 | 0.00 | 0.00 |
| 92 | CFC Financial LLC asignee | 107.62 | 0.00 | 0.00 |
| 93 | CFC Financial LLC asignee | 53.57 | 0.00 | 0.00 |
| 94 | CFC Financial LLC asignee | 125.19 | 0.00 | 0.00 |
| 95 | CFC Financial LLC asignee | 36.42 | 0.00 | 0.00 |
| 96 | CFC Financial LLC asignee | 36.42 | 0.00 | 0.00 |
| 97C | IRS | 9,993.71 | 0.00 | 0.00 |
| 98B | City Of Rockford | 28,329.18 | 0.00 | 0.00 |
| 100 | Nicor Gas | 24,445.01 | 0.00 | 0.00 |
| 102 | National Loan Investors LP | 510,787.75 | 0.00 | 0.00 |
| 103B | Rock River Water Reclamation | 7,954.62 | 0.00 | 0.00 |
| 104B | Dept. of the Treasury - IRS | 9,993.71 | 0.00 | 0.00 |
| 107B | IL Dept of Revenue | 351.26 | 0.00 | 0.00 |
| 113 | Per Mar Security | 914.48 | 0.00 | 0.00 |
| 114 | Rockford Register Star | 1,628.58 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 115 | IL Dept of Emp Security | 8,009.50 | 0.00 | 0.00 |
| 116 | Office Copy Products | 2,264.58 | 0.00 | 0.00 |
| 117 | Castle Bank | 19,170.04 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 21,737.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 119 | Rock River Water Recclamation | 21,737.76 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/THOMAS J. LESTER
Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**