UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re:   ROCKFORD PROPERTIES INC, DBA ROCKFORD PROPERTIES INC | § § § § | Case No. 04-71434 |
| JERRY FLAMING and Debtor(s) CAROLYN FLAMING | § § § | Case No. 04-71433 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS J. LESTER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/22/2012 in Courtroom 3100, United States Courthouse Courthouse, 327 South Church Street, Rockford, IL 61101.

**UST Form 101-7-NFR (10/1/2010)**

70869484v1 0857388

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

07/20/2012                              By:    /s/THOMAS J. LESTER
                                               Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

UST Form 101-7-NFR (10/1/2010)

70869484v1 0857388

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ROCKFORD PROPERTIES INC, § Case No. 04-71434
      DBA ROCKFORD PROPERTIES INC §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 361,925.09

*and approved disbursements of*     $ 271,477.81

*leaving a balance on hand of* [1]     $ 90,447.28

**Balance on hand:**     $ 90,447.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Jack D. Franks | 27,023.83 | 0.00 | 0.00 | 0.00 |
| 2 | Commercial Mortgage and Finance Co. | 39,275.26 | 0.00 | 0.00 | 0.00 |
| 3 | Commercial Mortgage | 97,900.33 | 0.00 | 0.00 | 0.00 |
| 7 | Northwest Bank Of Rockford | 170,887.63 | 0.00 | 0.00 | 0.00 |
| 8 | Jack D. Franks | 27,023.83 | 0.00 | 0.00 | 0.00 |
| 10A | Department of the Treasury-Internal Revenue Service | 15,112.67 | 0.00 | 0.00 | 0.00 |
| 11 | Codilis & Associates, P.C. | 3,773.38 | 0.00 | 0.00 | 0.00 |
| 12 | Northwest Bank Of Rockford | 170,887.63 | 0.00 | 0.00 | 0.00 |
| 13 | Bank One | 1,255.36 | 0.00 | 0.00 | 0.00 |
| 14 | Bank One National BK Dept | 17,185.03 | 0.00 | 0.00 | 0.00 |
| 18 | First Federal Savings Bank | 35,277.75 | 0.00 | 0.00 | 0.00 |
| 24 | Chase Manhattan Mortgage | 25,188.71 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| 25 | Chase Manhattan Mortgage Corporation | 29,498.62 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 26 | Chase Manhattan Mortgage Corporation | 34,330.03 | 0.00 | 0.00 | 0.00 |
| 30 | Federal National Mortgage Assn | 14,501.44 | 0.00 | 0.00 | 0.00 |
| 31 | Federal National Mortgage Assn | 3,213.50 | 0.00 | 0.00 | 0.00 |
| 32 | Federal National Mortgage Assn | 2,551.04 | 0.00 | 0.00 | 0.00 |
| 33 | Federal National Mortgage Assn | 2,928.10 | 0.00 | 0.00 | 0.00 |
| 34 | Federal National Mortgage Assn | 27,955.43 | 0.00 | 0.00 | 0.00 |
| 35 | Federal National Mortgage Assn | 29,744.24 | 0.00 | 0.00 | 0.00 |
| 36 | Federal National Mortgage Assn | 3,014.64 | 0.00 | 0.00 | 0.00 |
| 37 | Federal National Mortgage Assn | 24,454.88 | 0.00 | 0.00 | 0.00 |
| 38 | Federal National Mortgage Assn | 22,435.04 | 0.00 | 0.00 | 0.00 |
| 39 | Federal National Mortgage Assn | 2,810.06 | 0.00 | 0.00 | 0.00 |
| 40 | Federal National Mortgage Assn | 27,640.06 | 0.00 | 0.00 | 0.00 |
| 41 | Federal National Mortgage Assn | 61,346.38 | 0.00 | 0.00 | 0.00 |
| 42 | Federal National Mortgage Assn | 2,984.24 | 0.00 | 0.00 | 0.00 |
| 43 | Federal National Mortgage Assn | 2,898.58 | 0.00 | 0.00 | 0.00 |
| 44 | Federal National Mortgage Assn | 29,905.73 | 0.00 | 0.00 | 0.00 |
| 45 | Federal National Mortgage Assn | 22,763.14 | 0.00 | 0.00 | 0.00 |
| 46 | Mortgage Electronic Registration Systems Inc | 3,454.50 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 47 | Federal National Mortgage Assn | 32,116.10 | 0.00 | 0.00 | 0.00 |
| 48 | Federal National Mortgage Assn | 2,113.11 | 0.00 | 0.00 | 0.00 |
| 49 | Federal National Mortgage Assn | 2,102.23 | 0.00 | 0.00 | 0.00 |
| 50 | Washington Mutual Bank FA | 29,816.45 | 0.00 | 0.00 | 0.00 |
| 51 | Washington Mutual Bank FA | 2,955.15 | 0.00 | 0.00 | 0.00 |
| 52 | Federal National Mortgage Assn | 2,715.78 | 0.00 | 0.00 | 0.00 |
| 53 | Federal National Mortgage Assn | 24,428.75 | 0.00 | 0.00 | 0.00 |
| 54 | Mortgage Electronic Registration Systems Inc | 41,388.61 | 0.00 | 0.00 | 0.00 |
| 55 | Federal National Mortgage Assn | 2,900.90 | 0.00 | 0.00 | 0.00 |
| 56 | Federal National Mortgage Assn | 30,387.31 | 0.00 | 0.00 | 0.00 |
| 57 | Mortgage Electronic Registration Systems Inc | 40,611.23 | 0.00 | 0.00 | 0.00 |
| 58 | Mortgage Electronic Registration Systems Inc | 41,491.00 | 0.00 | 0.00 | 0.00 |
| 59 | Mortgage Electronic Registration Systems Inc | 2,854.50 | 0.00 | 0.00 | 0.00 |
| 60 | Mortgage Electronic Registration Systems Inc | 6,609.81 | 0.00 | 0.00 | 0.00 |
| 61 | Mortgage Electronic Registration Systems Inc | 48,564.24 | 0.00 | 0.00 | 0.00 |
| 62 | Federal National Mortgage Assn | 2,737.78 | 0.00 | 0.00 | 0.00 |
| 63 | Federal National Mortgage Assn | 3,094.26 | 0.00 | 0.00 | 0.00 |
| 64 | Federal National Mortgage Assn | 2,945.94 | 0.00 | 0.00 | 0.00 |
| 65 | Federal National Mortgage Assn | 1,898.28 | 0.00 | 0.00 | 0.00 |
| 66 | Federal National Mortgage | 34,702.34 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 67 | Federal National Mortgage Assn | 20,079.31 | 0.00 | 0.00 | 0.00 |
| 68 | Federal National Mortgage Assn | 2,890.20 | 0.00 | 0.00 | 0.00 |
| 69 | Federal National Mortgage Assn | 2,861.04 | 0.00 | 0.00 | 0.00 |
| 70 | Federal National Mortgage Assn | 32,951.36 | 0.00 | 0.00 | 0.00 |
| 71 | Federal National Mortgage Assn | 3,058.22 | 0.00 | 0.00 | 0.00 |
| 72 | Mortgage Electronic Registration Systems Inc | 3,365.20 | 0.00 | 0.00 | 0.00 |
| 73 | Federal National Mortgage Assn | 22,151.66 | 0.00 | 0.00 | 0.00 |
| 74 | Federal National Mortgage Assn | 1,278.45 | 0.00 | 0.00 | 0.00 |
| 75 | Federal National Mortgage Assn | 27,353.61 | 0.00 | 0.00 | 0.00 |
| 76 | Federal National Mortgage Assn | 20,427.33 | 0.00 | 0.00 | 0.00 |
| 77 | Federal National Mortgage Assn | 2,924.95 | 0.00 | 0.00 | 0.00 |
| 78 | Federal National Mortgage Assn | 30,752.59 | 0.00 | 0.00 | 0.00 |
| 79 | Federal National Mortgage Assn | 25,866.45 | 0.00 | 0.00 | 0.00 |
| 80 | Federal National Mortgage Assn | 2,876.53 | 0.00 | 0.00 | 0.00 |
| 81 | Federal National Mortgage Assn | 32,343.67 | 0.00 | 0.00 | 0.00 |
| 82 | Federal National Mortgage Assn | 3,124.15 | 0.00 | 0.00 | 0.00 |
| 83 | Federal National Mortgage Assn | 22,416.53 | 0.00 | 0.00 | 0.00 |
| 84 | Federal National Mortgage Assn | 22,188.72 | 0.00 | 0.00 | 0.00 |
| 85 | Federal National Mortgage Assn | 24,459.30 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 86 | Federal National Mortgage Assn | 30,096.57 | 0.00 | 0.00 | 0.00 |
| 87 | Federal National Mortgage Assn | 2,737.46 | 0.00 | 0.00 | 0.00 |
| 88 | Federal National Mortgage Assn | 2,938.80 | 0.00 | 0.00 | 0.00 |
| 89 | Federal National Mortgage Assn | 3,116.48 | 0.00 | 0.00 | 0.00 |
| 90 | Federal National Mortgage Assn | 28,679.56 | 0.00 | 0.00 | 0.00 |
| 91 | Federal National Mortgage Assn | 3,516.35 | 0.00 | 0.00 | 0.00 |
| 97A | IRS | 94,963.51 | 0.00 | 0.00 | 0.00 |
| 98A | City of Rockford | 369.56 | 0.00 | 0.00 | 0.00 |
| 99 | Principal | 35,589.16 | 0.00 | 0.00 | 0.00 |
| 101 | National Loan Investors LP | 510,787.75 | 0.00 | 0.00 | 0.00 |
| 103A | Rock River Water Recclamation | 4,034.70 | 0.00 | 0.00 | 0.00 |
| 105A | Internal Revenue Service | 15,112.67 | 0.00 | 0.00 | 0.00 |
| 106A | Internal Revenue Service | 15,112.67 | 0.00 | 0.00 | 0.00 |
| 108 | CitiMortgage | 41,045.96 | 0.00 | 0.00 | 0.00 |
| 110 | Principal | 35,589.16 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 90,447.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Trustee Thomas J. Lester | 21,333.44 | 0.00 | 19,111.02 |
| Attorney for Trustee, Fees - Hinshaw & Culbertson LLP | 55,345.50 | 0.00 | 52,093.48 |
| Attorney for Trustee, Expenses - Hinshaw & Culbertson LLP | 2,200.04 | 0.00 | 2,070.77 |
| Accountant for Trustee, Fees - RSM McGladrey, Inc. | 11,744.00 | 0.00 | 11,053.94 |
| Fees, United States Trustee | 6,500.00 | 0.00 | 6,118.07 |

Total to be paid for chapter 7 administration expenses: $ 90,447.28
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Kenneth F. Ritz | 75,878.75 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $481,195.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | IRS | 0.00 | 0.00 | 0.00 |
| 10B | Department of the Treasury-Internal Revenue Service | 101,813.06 | 0.00 | 0.00 |
| 27 | Illinois Department Of Empoyment | 11,922.54 | 0.00 | 0.00 |
| 28A | IL Dept of Revenue/Bankruptcy Unit | 4,845.40 | 0.00 | 0.00 |
| 97B | IRS | 72,909.35 | 0.00 | 0.00 |
| 104A | Dept of the Treasury IRS | 72,909.35 | 0.00 | 0.00 |
| 105B | Internal Revenue Service | 55,899.01 | 0.00 | 0.00 |
| 106B | Internal Revenue Service | 101,813.06 | 0.00 | 0.00 |
| 107A | Dept. of Revenue Taxes | 2,544.25 | 0.00 | 0.00 |
| 109 | Dept of the Treasury IRS | 55,899.01 | 0.00 | 0.00 |
| 118 | Kattie M Sanders | 640.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 632,420.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Creditors Protection Service | 0.00 | 0.00 | 0.00 |
| 6 | Winnebago County Sheriff | 3,866.50 | 0.00 | 0.00 |
| 9 | Citibank (South Dakota) NA | 1,081.40 | 0.00 | 0.00 |
| 15 | Tobin & Ramon | 4,008.45 | 0.00 | 0.00 |
| 16 | Per Mar Security | 232.05 | 0.00 | 0.00 |
| 17 | Nextel Communications Inc | 2,157.36 | 0.00 | 0.00 |
| 19 | First Federal Savings Bank | 987.86 | 0.00 | 0.00 |
| 20 | Pitney Bowes Credit Corporation | 1,485.23 | 0.00 | 0.00 |
| 21 | Chase Manhattan Bank USA | 2,499.58 | 0.00 | 0.00 |
| 22 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 23 | ComEd | 1,271.77 | 0.00 | 0.00 |
| 28B | IL Dept. of Revenue/Bankruptcy Unit | 351.26 | 0.00 | 0.00 |
| 29 | Onyx Waste Services, Inc. | 277.49 | 0.00 | 0.00 |
| 92 | CFC Financial LLC asignee | 107.62 | 0.00 | 0.00 |
| 93 | CFC Financial LLC asignee | 53.57 | 0.00 | 0.00 |
| 94 | CFC Financial LLC asignee | 125.19 | 0.00 | 0.00 |
| 95 | CFC Financial LLC asignee | 36.42 | 0.00 | 0.00 |
| 96 | CFC Financial LLC asignee | 36.42 | 0.00 | 0.00 |
| 97C | IRS | 9,993.71 | 0.00 | 0.00 |
| 98B | City Of Rockford | 28,329.18 | 0.00 | 0.00 |
| 100 | Nicor Gas | 24,445.01 | 0.00 | 0.00 |
| 102 | National Loan Investors LP | 510,787.75 | 0.00 | 0.00 |
| 103B | Rock River Water Reclamation | 7,954.62 | 0.00 | 0.00 |
| 104B | Dept. of the Treasury - IRS | 9,993.71 | 0.00 | 0.00 |
| 107B | IL Dept of Revenue | 351.26 | 0.00 | 0.00 |
| 113 | Per Mar Security | 914.48 | 0.00 | 0.00 |
| 114 | Rockford Register Star | 1,628.58 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| 115 | IL Dept of Emp Security | 18,009.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 116 | Office Copy Products | 2,264.58 | 0.00 | 0.00 |
| 117 | Castle Bank | 19,170.04 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 21,737.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 119 | Rock River Water Recclamation | 21,737.76 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/THOMAS J. LESTER
Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
Case 04-71434   Doc 678   Filed 07/25/12   Entered 07/28/12 00:38:30   Desc Imaged
                  Certificate of Notice   Page 12 of 15
```

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                            Case No. 04-71434-MB
Rockford Properties Inc                                           Chapter 7
         Debtor              CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman           Page 1 of 4        Date Rcvd: Jul 25, 2012
                         Form ID: pdf006          Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2012.
db         +Rockford Properties Inc,   906 West State Street,   Rockford, IL 61102-2208
7883979    +A & A Hauling,   5520 Garland Court,   Rockford, IL 61102-1218
7883980    +A 1 Fire Fire Extingusiher,   615 S. 6th St.,   Rockfird, IL 61104-3044
7883982    +Answer USA,   3022 Wallin Ave.,   Rockford, IL 61101-3448
7883983     Auto Owners Insurance,   PO Box 30315,   Lansing, MI 48909-7815
7883984     Bank One,   Loan Service,   PO Box 260161,   Baton Rouge, LA 70826-0161
7980323    +Bank One,   370 S. Cleveland Ave., ste 2047,   Westerville, OH 43081-8917
7983582    +Bank One National BK Dept,   AZ1-1191,   201 N Central Ave,   Phoenix, AZ 85004-1055
7883985    +Bove's & Truck Service,   1118 Ferguson,   Rockford, IL 61102-2861
7883986    +Bull Well Service,   4510 Buskie Road,   Rockford, IL 61102-4306
7883987    +C & W Investments,   PO Box 6853,   Rockford, IL 61125-1853
8198508    +CFC Financial LLC asignee,   Nicor,   POB 2038,   Warren MI 48090-2038
8932129   ++CITIMORTGAGE,   5280 CORPORATE DRIVE,   BANKRUPTCY DEPARTMENT,   ATTENTION MC0023,   FREDERICK MD,
             21703-8351
             (address filed with court: CitiMortgage,   5280 Corporate Drive,   Frederick, MD 21703)
7883988    +Castle Bank,   141 W. Lincoln Hwy.,   DeKalb, IL 60115-3699
8069487    +Chase Manhattan Bank USA,   c/o Chase Bankcard Services, Inc.,   P.O. Box 52176,
             Phoenix, AZ 85072-2176
8113400    +Chase Manhattan Mortgage Corporation,   3415 Vision Drive Dept G7,   Columbus, OH 43219-6009
7883989    +Checker LLC Jack Cahill,   2000 S. Batavia 5th Floor,   Batavia, IL 60134-3304
7980139    +Citibank (South Dakota) NA,   Assoc. / BP Amoco Payment Center,   4300 Westown Parkway,
             West Des Moints, IA 50266-1266
7883990    +City Of Rockford,   425 E. State St.,   Rockkford, IL 61104-1068
10785577   +City of Rockford,   425 East State Street,   Rockford, Illinois 61104-1068
7883992    +Codilis & Associates, P.C.,   15W030 North Frontage Rd., Suite 100,   Burr Ridge, IL 60527-6921
7883993    +Commercial Mortgage,   115 7th St.,   Rockford, IL 61104-1275
7883991    +Commercial Mortgage and Finance Co.,   115 Seventh Street,   Rockford, IL 61104-1275
7883994     Commonerslth Edidon,   Bill Payment Center,   Chicago, IL 60668-0001
7883995    +Crane Peter,   6960 Ryberg Road,   Rockford, IL 61109-4973
8860302    +Dept. of Revenue Taxes,   100 W Randolph St Level 7-425,   Chicago IL 60601-3218
8164474    +Federal National Mortgage Assn,   Att: Default Cash Processing-Alltel,   9601 McAllister Freeway,
             San Antonio, TX 78216-4681
8035505     First Federal Savings Bank,   P.O. Box C4200,   Lacrosse, WI 54602
7883997   #+Freeport Water & Sewer,   230 W. Stephenson St.,   Freeport, IL 61032-4359
7883998    +Guler Appliances,   227 7th St.,   Rockford, IL 61104-1292
9833244  +++IL Dept of Emp Security,   33 South State St,   Chicago IL 60603-2808
8129372    +IL Dept of Revenue/Bankruptcy Unit,   100 W Randolph #7-425,   Chicago, IL 60601-3290
7883999     ILL Dept Emp. Socecurity.,   Withholding Adjustment Unit,   260 E. Indian Trail Road,
             Aurora, IL 60505-1733
8115463    +Illinois Department Of Empoyment,   33 s. State St.,   Chicago, IL 60603-2804
7884000     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
7884001    +Institute Of Real Estate Management,   430 N. Michigan Ave.,   Chicago, IL 60611-3900
7884003    +Interstate Funding Corp.,   820 Church St.,   Evanston, IL 60201-5603
7884004     Jack D. Franks,   Franks, Gerkin, McKenna,   P.O. Box 5,   Marengo, IL 60152-0005
7884005    +Lak Corp.,   PO Box 7050,   Evanston, IL 60204-7050
7884006    +Lindstrom, Sorenson & Associates,   3815 N. Mulford Road,   Rockford, IL 61114-5622
7884007    +Mid Ohio FBO L. Chaney,   1079 Whispering Woods Drive,   Canton, GA 30114-2231
7966266    +Mortgage Electronic Registration Sys Inc,   % Daniel Walters,   15W030 No Frontage Rd.  Ste 100,
             Burr Ridge, Il 60527-6921
8165264    +Mortgage Electronic Registration Systems Inc,   Att: Default Cash Processing-Alltel,
             9601 McAllister Freeway,   San Antonio, TX 78216-4681
7884008    +National Glass Solutions,   2710 Prarie Ave.,   Beloit, WI 53511-2247
8570834    +National Loan Investors LP,   %Marc Chalfen,   30 S Wacker Ste 2300,   Chicago, IL 60606-7519
8663843    +National Loan Investors LP,   %Karl Winkler Esq,   Oliver, Close, Worden, Winkler, et al,
             124 N Water St. Ste 300,   Rockford, IL 61107-3975
7884010    +Nicholson Hardware,   1131 Second Ave.,   Rockford, IL 61104-2256
7884012    +Northwest Bank,   3106 N. Rockton Ave.,   Rockford, IL 61103-2800
7909720    +Northwest Bank Of Rockford,   % Atty Bernard J. Natale,   308 W State Street   Ste 470,
             Rockford, Il 61101-1157
7884013    +Northwestern Mutual Insurance Co.,   206 Galena Ave., Suite 101,   Freeport, IL 61032-5197
7884014     Office Depot,   Pob 9020,   Des Moines, IA 50368-9020
10481236    +Office of The United States Trustee,   780 Regent Street, Suite 304,   Madison, WI 53715-2635
7884015    +Officy Copy Products,   PO Box 5223,   1920 Daimler Road,   Rockford, IL 61112-1065
8149230    +Onyx Waste Services, Inc.,   c/o D&B/RMS,   P.o. Box 5126,   Timonium, Maryland 21094-5126
7884016    +Onyx Waste Systems,   8538 Hwy 251 South,   Davis Junction, IL 61020-9706
7884017     Per Mar Security,   PO Box 1101,   Davenport, IA 52805-1101
7884019    +Prarie State Securities,   PO Box 3378,   East St. Louis, IL 62203-3378
8382723     Principal,   711 High Street,   Des Moines, IA 50392-0780
7884021    +Reentz, Elizabeth,   910 - 24th St.,   Rockford, IL 61108-3664
7884022    +Rock River Disposal,   425 S. Main St.,   Rockford, IL 61101
7884023     Rock River Water Recclamation,   PO Box 6207,   Rockford, IL 61125-1207
7884024  +++Rockford Register Star,   99 E. State St. PO Box 439,   Rockford, IL 61104-1004
```

```
District/off: 0752-3          User: cbachman              Page 2 of 4                  Date Rcvd: Jul 25, 2012
                              Form ID: pdf006             Total Noticed: 86


7884009      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court:   Nextel,    PO Box 4191,   Carol Stream, IL  60197-4191)
8016568      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court:   Nextel Communications Inc,    POB 172408,   Denver, CO 80217)
7884026       +Saber Grouo LLC,    PO Box 3074,   Carbondale, IL 62902-3074
7884027       +Salta Group, Inc.,    666 Vernon Ave.,   Glencoe, IL 60022-1619
7884028        Schleueter, Ecklund Attys,    4023 Charles St.,   Rockford, IL 61108-6199
7884030       +Tobin & Ramon,    530 S. State St.,   Belvidere, IL 61008-3747
7884031       +Tricom Solutions,    5532 North Broadway,   Chicago, IL 60640-1406
7884032       +Union Savings Bank,    Attn: Jack Benson,   203 N. Alpine,   Rockford, IL 61107-4990
8165439       +Washington Mutual Bank FA,    Attn Default Cash Processing - Alltel,   9601 McAllister Freeway,
               San Antonio, TX 78216-4681
7884033       +Waste Management,    6002 Nelson Road,   Sun Prarie, WI 53590-9714
7884034       +William & Grace Campbell,    4003 Charles St.,   Rockford, IL 61108-6135
7884036        Winnebago County Trustee,    Box1452,   Decatur, IL  62525
7884037       +Z Financial,    100 Tanglewood Drive,   Freeport, IL 61032-6842
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8086588       +E-mail/Text: legalcollections@comed.com Jul 26 2012 03:10:05       ComEd,   2100 Swift Drive,
               Oakbrook, IL 60523-1559
7949746       +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jul 26 2012 03:10:07
               Creditors Protection Service,    POB 4115,   Rockford, IL 61110-0615
7884002        E-mail/Text: cio.bncmail@irs.gov Jul 26 2012 03:01:17
               Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
               P O Box 21126,    Philadelphia, PA 19114
8773225        E-mail/Text: cio.bncmail@irs.gov Jul 26 2012 03:01:17       Dept of the Treasury IRS,
               230 S Dearborn,    Stop 5014-CHI,   Chicago IL 60604
7949446        E-mail/Text: cio.bncmail@irs.gov Jul 26 2012 03:01:17       IRS,   230 S. Dearborn,   Stop 5013-CHI,
               Chicago, IL 60604
7884011        E-mail/Text: bankrup@nicor.com Jul 26 2012 03:06:22       NiCor Gas,   PO Box 416,
               Aurora, IL  60568-0001
8077923       +E-mail/Text: bankrup@nicor.com Jul 26 2012 03:06:22       Nicor Gas,   POB 549,
               Aurora, IL 60507-0549
7884018       +E-mail/Text: bankruptcy@pb.com Jul 26 2012 03:10:06       Pitney Bowes,   PO Box 856390,
               Louisville, KY 40285-6390
8040865       +E-mail/Text: bankruptcy@pb.com Jul 26 2012 03:10:06       Pitney Bowes Credit Corporation,
               27 Waterview Dr.,    Shelton, CT 06484-4361
7884020        E-mail/Text: bankruptcy@pb.com Jul 26 2012 03:10:06       Purchase Power,   PO Box 856042,
               Louisville, KY  40285-6042
7884009        E-mail/Text: appebnmailbox@sprint.com Jul 26 2012 03:08:21       Nextel,   PO Box 4191,
               Carol Stream, IL  60197-4191
8016568        E-mail/Text: appebnmailbox@sprint.com Jul 26 2012 03:08:21       Nextel Communications Inc,
               POB 172408,    Denver, CO 80217
7884029       +E-mail/Text: bankruptcynotices@tdstelecom.com Jul 26 2012 03:11:07       TDS,
               525 Junction Road, Suite 6000,    Madison, WI 53717-2153
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Erie D Johnson
7980177*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
9833245*       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
7883977*      +Rockford Properties Inc,   906 West State Street,    Rockford, IL 61102-2208
7883981      ##+Altamore, Alberto,    401 W/ State St.,   Rockdford, IL 61101-1220
10765425     ##+Kattie M Sanders,    814 Irving Ave,   Rockford, IL 61101-5721
7884025      ##+RSM McGladrey,    PO Box 4539,   Rockford, IL 61110-4539
7883978      ##+Ritz & Laughlin,    728 N Court St,   Rockford, IL 61103-6922
7884035      ##+Winnebago County Sheriff,    PO Box 829,   Rockford, IL 61105-0829
                                                                                       TOTALS: 1, * 3, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cbachman            Page 3 of 4            Date Rcvd: Jul 25, 2012
                              Form ID: pdf006           Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**                           **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-3          User: cbachman          Page 4 of 4          Date Rcvd: Jul 25, 2012
                              Form ID: pdf006         Total Noticed: 86
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2012 at the address(es) listed below:

```
              Andrew E Houha    on behalf of Creditor   Mortgage Electronic Registration Systems Inc
               andrew@johnsonblumberg.com, rocio@johnsonblumberg.com
              Andrew J Nelson    on behalf of Creditor   U.S. Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Bernard J Natale    on behalf of Creditor   Northwest Bank of Rockford natalelaw@bjnatalelaw.com
              Daniel C Walters    on behalf of Creditor   Mortgage Electronic Registration Systems Inc
               nd-two@il.cslegal.com
              Darren L Besic    on behalf of Creditor   Bank One NA dbesic@aol.com, nancy@dbesiclaw.com
              David S Adduce    on behalf of Creditor   National Loan Investors L P dadduce@komdr.com
              G. Michael Scheurich    on behalf of Interested Party   Z Financial LLC scheurich@guyerlaw.com
              James E Stevens    on behalf of Creditor   Union Savings Bank jimstevens@bslbv.com
              Jose G Moreno    on behalf of Creditor   Washington Mutual Bank nd-one@il.cslegal.com
              Karl F. Winkler    on behalf of Creditor   National Loan Investors L P kwinkler@oliverclose.com,
               sparis@oliverclose.com
              Kenneth F. Ritz    on behalf of Debtor   Rockford Properties Inc kenritz@aol.com
              Laura L Tchakanakis    on behalf of Creditor   US Bank N.A. ltchakanakis@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Marc J. Chalfen    on behalf of Creditor   National Loan Investors L P mchalfen@komdr.com
              Matthew M. Hevrin    on behalf of Trustee Thomas Lester mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Raagnee Beri    on behalf of Defendant   United States Of America Dept Of Treasury
               raagnee.beri@usdoj.gov, northern.taxcivil@usdoj.gov
              Terri M Long    on behalf of Creditor   Principal Residential Mortgage Inc Courts@tmlong.com
              Thomas J Lester    on behalf of Trustee Thomas Lester tlester@hinshawlaw.com
              Thomas J Lester    trusteelester@hinshawlaw.com, IL39@ecfcbis.com
              Victoria R Glidden    on behalf of Plaintiff Thomas Lester vglidden@hinshawlaw.com
              Zenon J. Bidzinski    on behalf of Creditor Jerry Flaming zbidz@aol.com
                                                                                             TOTAL: 21
```